UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, and JOHN J. HARDIG,<br><br>Defendants. | Case No. 3:18-cv-02062 |

**MOTION FOR ADMISSION OF J. ALEXANDER HOOD II, ESQ.,
TO APPEAR *PRO HAC VICE*** 

Pursuant to Local Rule 83.1(d)(1), the undersigned member of the bar of this Court hereby respectfully moves that J. Alexander Hood II, Esq., be permitted to appear in this matter as a visiting lawyer on behalf of Plaintiff Larry Labul and the proposed class. The accompanying Affidavit of J. Alexander Hood II in support of this motion, see Exhibit A, sets forth Mr. Hood's contact information, bar memberships, admission and/or discipline information, and knowledge of the rules of this Court. As set forth therein:

1. Mr. Hood is Of Counsel to the firm of Pomerantz LLP, 600 Third Avenue, New York, New York 10016. His email address is ahood@pomlaw.com.

2. Mr. Hood's telephone number is (212) 661-1100 and his facsimile number is (917) 463-1044.

3. Mr. Hood is a member in good standing of the following courts:

| Court Name | Date of Admission | Active Member in Good Standing? |
|---|---|---|

1

| | | |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| U.S. District Court, Southern District of New York | August 13, 2015 | Yes |
| U.S. District Court, Eastern District of New York | September 28, 2016 | Yes |
| U.S. District Court, District of Colorado | December 19, 2016 | Yes |
| U.S. District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |

4. There are no disciplinary proceedings pending against Mr. Hood in any jurisdiction. Furthermore, Mr. Hood has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. Mr. Hood has not been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. Mr. Hood has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Mr. Hood designates undersigned counsel as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of Mr. Hood's admission.

8. Mr. Hood has particular familiarity with the issues presented in this case inasmuch as he and his firm have been retained to represent Plaintiff and the proposed class in connection with the issues raised in this case and in a series of related cases around the nation.

9. Pursuant to Local Rule 83.1(d)(4), a Certificate of Good Standing from the State of New York, 3rd Dept. is attached to Exhibit A.

Based on the attached affidavit, Mr. Hood appears to satisfy all of the Court's requirements to be permitted to represent the Plaintiff and the proposed class in this matter.

Accordingly, undersigned counsel respectfully requests that the Court admit Mr. Hood as a visiting lawyer for that purpose.

The $75.00 fee required for Mr. Hood's admission is submitted with this motion.

Dated:  December 18, 2018

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Shannon L. Hopkins*
Shannon L. Hopkins (CT Bar No. 435545)
733 Summer Street, Suite 304
Stamford, Connecticut 06901
Telephone: (203) 992-4523
Facsimile: (212) 363-7171
Email: shopkins@zlk.com

**POMERANTZ LLP**

Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com
jlindenfeld@pomlaw.com

**POMERANTZ LLP**

Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Attorneys for Plaintiff*

# Exhibit A



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Joseph Alexander Hood

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **29th day of March, 2012**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **28th day of November, 2018**.



*Robert D. Mayberger*
Clerk