UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br><br>v.<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, and JOHN J. HARDIG,<br><br>Defendants. | Case No.: 3:18-cv-02062 |

## AFFIDAVIT OF J. ALEXANDER HOOD II, ESQ.,

Pursuant to Local Rule of Civil Procedure 83.1(d), being duly sworn, I depose and say:

1. I am over the age of 18 and believe in the obligations of an oath.

2. I make this affidavit in support of a motion seeking my admission to appear *pro hac vice* in the above-captioned case for plaintiff Larry Labul.

3. I am an Associate in the firm of Pomerantz LLP. My contact information is as follows:

>Pomerantz LLP
>600 Third Avenue, 20th Floor
>New York, NY 10016
>Tel.: (212) 661-1000
>Fax: (212) 661-8665
>Email: ahood@pomlaw.com

4. I am a member in good standing of the following courts:

| Court Name | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| Supreme Court, State of New York, Third Department | March 29, 2012 | Yes |
| U.S. District Court, Southern District of New York | August 13, 2015 | Yes |
| U.S. District Court, Eastern District of New York | September 28, 2016 | Yes |
| U.S. District Court, District of Colorado | December 19, 2016 | Yes |
| U.S. District Court, Eastern District of Michigan | July 26, 2017 | Yes |
| U.S. District Court, Northern District of Illinois | May 2, 2018 | Yes |

5. There are no disciplinary proceedings pending against me in any jurisdiction. Furthermore, I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

7. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. I hereby designate Shannon L. Hopkins, Esq., of Levi & Korsinski, LLP, 733 Summer Street, Suite 304, Stamford, Connecticut 06901 as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission.

9. I have particular familiarity with the issues presented in this case inasmuch as my firm and I have been retained to represent the plaintiff in connection with the issues raised in this case.

_____
J. Alexander Hood II

Subscribed and sworn to before me this
19th day of December, 2018

_____
Notary Public

ELAINE F. GOODMAN
Notary Public - State of New York
Commission No. 01GO6277645
Qualified in New York County
My Commission Expires Mar. 11, 20__

3