# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL #817 IBT PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re Skechers USA, Inc. Sec. Litig.*, No. 1:18-cv-08039 (S.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of February, 2019.

LOCAL #817 IBT PENSION FUND

By: _____
Thomas J. O'Donnell, Chairman

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/13/2018 | 16,000 | $91.20 |
| 02/28/2018 | 1,100 | $99.25 |
| 03/01/2018 | 1,000 | $99.19 |
| 03/01/2018 | 1,100 | $98.17 |
| 03/14/2018 | 1,200 | $103.60 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 08/01/2018 | 1,400 | $99.43 |
| 09/14/2018 | 500 | $114.16 |

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL 272 LABOR-MANAGEMENT PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

*In re HD Supply Holdings, Inc. Sec. Litig.*, No. 1:17-cv-02587 (N.D. Ga.)
*In re Skechers USA, Inc. Sec. Litig.*, No. 1:18-cv-08039 (S.D.N.Y.)

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

XPO

- 2 -

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of February, 2019.

LOCAL 272 LABOR-MANAGEMENT PENSION FUND

By: *[signature]*

Marc A. Goodman, Administrator

# SCHEDULE A

## SECURITIES TRANSACTIONS

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/12/2018 | 2,300 | $89.15 |
| 02/14/2018 | 3,000 | $92.07 |
| 02/23/2018 | 400 | $96.30 |
| 02/26/2018 | 300 | $99.18 |
| 03/12/2018 | 400 | $104.59 |
| 04/11/2018 | 100 | $99.01 |
| 04/18/2018 | 200 | $108.88 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 11/19/2018 | 500 | $73.13 |

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

LOCAL 282 PENSION TRUST FUND and LOCAL 282 WELFARE TRUST FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|
| | *See* attached Schedule A. | | |

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February, 2019.

LOCAL 282 PENSION TRUST FUND and
LOCAL 282 WELFARE TRUST FUND

By: *[signature]*

Mario Bulding, Fund Administrator

XPO

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Local 282 Pension Trust Fund

#### Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/13/2018 | 9,450 | $90.86 |
| 03/02/2018 | 900 | $98.43 |
| 03/12/2018 | 1,100 | $104.61 |
| 04/06/2018 | 800 | $97.83 |
| 05/03/2018 | 1,000 | $95.87 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 07/27/2018 | 1,000 | $98.96 |
| 08/02/2018 | 1,000 | $100.65 |
| 08/29/2018 | 1,450 | $106.87 |

### Local 282 Welfare Trust Fund

#### Stock

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/12/2018 | 1,200 | $90.36 |
| 03/02/2018 | 400 | $98.78 |
| 03/05/2018 | 100 | $100.71 |
| 03/14/2018 | 100 | $104.26 |
| 07/05/2018 | 1,140 | $98.67 |
| 10/10/2018 | 100 | $103.81 |
| 11/21/2018 | 350 | $72.96 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 06/26/2018 | 250 | $101.73 |
| 09/25/2018 | 50 | $112.40 |
| 11/05/2018 | 200 | $85.41 |
| 11/09/2018 | 100 | $83.65 |