# **EXHIBIT A**

## CERTIFICATION

The Trustees of the Local 464A United Food and Commercial Workers Union Pension Fund and Local 464A United Food and Commercial Workers Union Welfare Service Benefit Fund (collectively, "Local 464A" or "Plaintiff"), declare, as to the claims asserted under the federal securities laws that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the XPO Logistics, Inc. securities that are the subject of this action are attached in Schedule A.

4. Plaintiff has full power and authority to bring suit to recover for its investment losses listed in the attached Schedule A.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and authorizes the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, John T. Niccollai, as Trustee of Local 464A, am authorized to make legal decisions on behalf of Local 464A.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Local 464A is not currently serving and has not served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Local 464A has not sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of January 2019.

*[signature]*

John T. Niccollai, as Trustee of the Local 464A
United Food and Commercial Workers Union
Pension Fund and Local 464A United Food and
Commercial Workers Union Welfare Service
Benefit Fund

## SCHEDULE A

### Local 464A United Food and Commercial Workers Union Pension Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 3/29/2017 | 5,322 | $47.07 |
| Common Stock | Buy | 2/12/2018 | 3,600 | $89.11 |
| Common Stock | Buy | 2/14/2018 | 400 | $90.81 |
| Common Stock | Buy | 2/14/2018 | 6,000 | $92.03 |
| Common Stock | Buy | 2/23/2018 | 500 | $96.27 |
| Common Stock | Buy | 2/26/2018 | 400 | $99.15 |
| Common Stock | Buy | 2/28/2018 | 200 | $99.99 |
| Common Stock | Buy | 3/2/2018 | 1,000 | $97.46 |
| Common Stock | Buy | 3/12/2018 | 400 | $104.68 |
| Common Stock | Buy | 3/21/2018 | 400 | $104.76 |
| Common Stock | Buy | 4/16/2018 | 100 | $104.01 |
| Common Stock | Buy | 4/18/2018 | 200 | $108.85 |
| Common Stock | Buy | 4/23/2018 | 300 | $105.42 |
| Common Stock | Buy | 9/10/2018 | 2,775 | $111.16 |
| Common Stock | Buy | 11/14/2018 | 3,677 | $78.97 |
| Common Stock | Sell | 6/27/2017 | 3,085 | $61.33 |
| Common Stock | Sell | 1/30/2018 | 230 | $94.04 |
| Common Stock | Sell | 5/30/2018 | 648 | $109.44 |
| Common Stock | Sell | 6/25/2018 | 704 | $103.22 |
| Common Stock | Sell | 9/20/2018 | 100 | $114.44 |
| Common Stock | Sell | 11/6/2018 | 500 | $85.42 |
| Common Stock | Sell | 11/8/2018 | 200 | $82.89 |

### Local 464A United Food and Commercial Workers Union Welfare Service Benefit Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | Buy | 2/12/2018 | 2,300 | $89.11 |
| Common Stock | Buy | 2/14/2018 | 350 | $90.86 |
| Common Stock | Buy | 2/14/2018 | 2,300 | $92.03 |
| Common Stock | Buy | 2/23/2018 | 300 | $96.27 |
| Common Stock | Buy | 2/26/2018 | 300 | $99.15 |
| Common Stock | Buy | 2/28/2018 | 100 | $99.99 |
| Common Stock | Buy | 3/2/2018 | 450 | $96.99 |
| Common Stock | Buy | 3/5/2018 | 300 | $100.92 |
| Common Stock | Buy | 4/16/2018 | 75 | $104.04 |

| | | | | |
|---|---|---|---|---|
| Common Stock | Buy | 4/18/2018 | 100 | $108.85 |
| Common Stock | Buy | 4/23/2018 | 200 | $105.22 |
| Common Stock | Buy | 4/24/2018 | 100 | $104.18 |
| Common Stock | Sell | 8/28/2018 | 25 | $106.15 |
| Common Stock | Sell | 9/20/2018 | 100 | $114.54 |
| Common Stock | Sell | 11/6/2018 | 500 | $85.42 |
| Common Stock | Sell | 11/8/2018 | 100 | $82.93 |