**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LARRY LABUL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, and JOHN J. HARDIG,<br><br>        Defendants. | Case No. 3:18-cv-02062-SRU |

## MOTION TO WITHDRAW APPEARANCE OF EVAN A. KUBOTA

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the District of Connecticut, I hereby request that the Court approve the withdrawal of my appearance as counsel for Defendants XPO Logistics, Inc. ("XPO") and Bradley S. Jacobs. I will be departing Paul, Weiss, Rifkind, Wharton & Garrison LLP effective July 23, 2019. Martin Flumenbaum, Julia T.M. Wood, and Daniel S. Sinnreich of Paul, Weiss and James I. Glasser of Wiggin and Dana LLP have appeared and remain counsel for XPO and Mr. Jacobs. I will ensure that XPO and Mr. Jacobs receive actual notice of this motion by certified mail.

WHEREFORE, I respectfully request that the Court approve the withdrawal of my appearance as counsel for Defendants XPO Logistics, Inc. and Bradley S. Jacobs in the above-captioned matter.

DATED: July 23, 2019

Respectfully submitted,

*/s/ Evan A. Kubota____*
Evan A. Kubota
(*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
ekubota@paulweiss.com

*Attorneys for Defendants XPO Logistics,
Inc. and Bradley S. Jacobs*

2

## CERTIFICATE OF SERVICE

I, James I. Glasser, counsel for Defendants XPO Logistics, Inc. and Bradley S. Jacobs, hereby certify that on July 23, 2019, I caused a true and correct copy of the foregoing Motion to Withdraw Appearance of Evan A. Kubota to be served by the Court's electronic filing system upon all counsel of record in this matter.

/s/ James I. Glasser
James I. Glasser