# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff<br><br>                    - v. -<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, JOHN J. HARDIG, and SCOTT B. MALAT.<br><br>                              Defendants. | Case No. 3:18-cv-02062-SRU<br><br>**DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), upon the accompanying memorandum of law and its appendices, the accompanying Declaration of Daniel S. Sinnreich dated August 2, 2019 and its exhibits, and all other papers herein, Defendants XPO Logistics, Inc. and Bradley S. Jacobs ("Defendants"), hereby move this Court to dismiss the Consolidated Class Action Complaint filed on June 3, 2019 in its entirety and with prejudice. Pursuant to the Court's direction, all answering papers shall be served no later than August 23, 2019 and all reply papers shall be served no later than September 6, 2019. Defendants request oral argument on this motion.

Dated: August 2, 2019

Respectfully submitted,

WIGGIN and DANA LLP

BY: _____
James I. Glasser (ct07221)
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4313
Fax: (203) 782-2889
jglasser@wiggin.com

**ORAL ARGUMENT REQUESTED**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Martin Flumenbaum (admitted *pro hac vice*)
Julia T.M. Wood (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
mflumenbaum@paulweiss.com
jwood@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants XPO Logistics, Inc. and Bradley S. Jacobs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2019, a copy of the foregoing **Defendants'**

**Motion to Dismiss the Consolidated Class Action Complaint** was filed electronically.  Notice

of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's CM/ECF System.

BY:  /s/ _____

James I. Glasser (ct07221)
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4313
Fax: (203) 782-2889
jglasser@wiggin.com

*Attorneys for Defendants XPO Logistics,*
*Inc. and Bradley S. Jacobs*