UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff<br><br>    - v. -<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, JOHN J. HARDIG, and SCOTT B. MALAT.<br><br>       Defendants. | Case No. 3:18-cv-02062-SRU<br><br>**MOTION OF DEFENDANT JOHN J. HARDIG TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

  Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), upon the accompanying memorandum of law and all other papers herein, defendant John J. Hardig ("Defendant"), hereby move this Court to dismiss the Consolidated Class Action Complaint filed on June 3, 2019 in its entirety and with prejudice.  Pursuant to the Court's direction, all answering papers shall be served no later than August 23, 2019 and all reply papers shall be served no later than September 6, 2019.  Defendant requests oral argument on this motion.

Dated: August 2, 2019              Respectfully submitted,

                        MARTIN J. AUERBACH, ESQ.
                        /s/ Martin J. Auerbach
                        Martin J. Auerbach (ct24184)
                        (admitted pro hac vice)
                        90 Broad Street
                        23rd Floor
                        New York, NY 10004
                        Tel: (347) 901-2213
                        Fax: (646) 304-0175
                        E-mail: auerbach@mjaesq.com

                        *Attorneys for Defendants*
                        *John J. Hardig and Scott B. Malat*

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 2, 2019, a copy of the foregoing **Motion of Defendant John J. Hardig to Dismiss the Consolidated Class Action Complaint** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

MARTIN J. AUERBACH, ESQ.

 /s/ Martin J. Auerbach
Martin J. Auerbach (ct24184)
(admitted pro hac vice)
90 Broad Street
23rd Floor
New York, NY 10004
Tel: (347) 901-2213
Fax: (646) 304-0175
E-mail: auerbach@mjaesq.com

*Attorneys for Defendants*
*John J. Hardig and*
*Scott B. Malat*