## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff<br><br>    - v. -<br><br>XPO LOGISTICS, INC., BRADLEY S. JACOBS, JOHN J. HARDIG, and SCOTT B. MALAT.<br><br>      Defendants. | Case No. 3:18-cv-02062-SRU<br><br>**MOTION OF DEFENDANT SCOTT B. MALAT TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT** |

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), upon the accompanying memorandum of law and all other papers herein, defendant Scott B. Malat ("Defendant"), hereby move this Court to dismiss the Consolidated Class Action Complaint filed on June 3, 2019 in its entirety and with prejudice.  Pursuant to the Court's direction, all answering papers shall be served no later than August 23, 2019 and all reply papers shall be served no later than September 6, 2019.  Defendant requests oral argument on this motion.

Dated: August 2, 2019          Respectfully submitted,

               MARTIN J. AUERBACH, ESQ.
                /s/ Martin J. Auerbach
               Martin J. Auerbach (ct24184)
               (admitted pro hac vice)
               90 Broad Street
               23rd Floor
               New York, NY 10004
               Tel: (347) 901-2213
               Fax: (646) 304-0175
               E-mail: auerbach@mjaesq.com

               *Attorneys for Defendants*
               *John J. Hardig and Scott B. Malat*

**ORAL ARGUMENT REQUESTED**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 2, 2019, a copy of the foregoing **Motion of Defendant Scott B. Malat to Dismiss the Consolidated Class Action Complaint** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

MARTIN J. AUERBACH, ESQ.

 /s/ Martin J. Auerbach
Martin J. Auerbach (ct24184)
(admitted pro hac vice)
90 Broad Street
23rd Floor
New York, NY 10004
Tel: (347) 901-2213
Fax: (646) 304-0175
E-mail: auerbach@mjaesq.com

*Attorneys for Defendants*
*John J. Hardig and*
*Scott B. Malat*