UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>    vs.<br><br>XPO LOGISTICS, INC., and BRADLEY S. JACOBS,<br><br>                     Defendants. | No. 3:18-cv-02062-SRU<br><br>CLASS ACTION<br><br>FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS<br><br>January 3, 2020<br><br>DEMAND FOR JURY TRIAL |

## TABLE OF CONTENTS

Page

I.    NATURE OF ACTION ....................................................................................1

II.   JURISDICTION AND VENUE ........................................................................4

III.  PARTIES ..........................................................................................................5

IV.   SUBSTANTIVE ALLEGATIONS ...................................................................7

      A.   Company Background ............................................................................7

      B.   XPO Conceals Dependence upon Amazon to Fuel Growth .......................7

          1.   XPO Sets High Growth Targets for 2018 One Day Before
*The Wall Street Journal* Reports that Amazon Will Launch
a New Delivery Service ..................................................................7

          2.   On the Next Business Day After *The Wall Street Journal*
Report Impacts FedEx and UPS, XPO Files Its Annual
Report, Deleting the Fact of How Much XPO's "Largest
Customer" (Amazon) Contributed to Growth...............................10

          3.   Defendants Knew or Should Have Known the Importance
of XPO's Largest Customer to the Company's Growth ...............13

          4.   Facts Permit a Strong Inference that XPO Had a Motive to
Conceal Amazon's Importance to Use XPO Stock as a
Currency to Fund a "Large" Acquisition ......................................14

          5.   Facts Permit a Strong Inference that Defendants Had
Unique Insights About Amazon's Business Plans and
Capabilities ..................................................................................15

          6.   Despite XPO's Reliance on Amazon for Growth, XPO
Continued to Tout Its "Diversification" and "Broad-Based"
Growth Story Even as that Growth Started to Decelerate ............16

      C.   Amazon's Deceleration of Business Had Started to Negatively
Impact XPO Prior to May 2018 ....................................................................18

          1.   Both XPO and Amazon Knew Amazon Was Discontinuing
the LTL Business by May 2018 ....................................................19

          2.   Amazon's "Last Mile" Business Started Declining Before
May 2018 .....................................................................................21

          3.   XPO Was Losing Money on Amazon's Declining
"Brokerage" Business Before May 2018 ......................................22

D.      Amazon's Deceleration Impacted XPO's "Tonnage" Operating Metrics Relating to Amazon Continuing into the Summer and Fall of 2018 ...........................................................................................23

     1.      Analysts Tracked Negative Changes in XPO's Tonnage Metrics ............................................................................23

     2.      Amazon Negatively Impacted XPO's Reported Tonnage Growth Metrics .................................................................25

     3.      Facts Permit a Strong Inference that Jacobs Knew or Should Have Known About the Deceleration of Amazon's Business, as Reflected in Tonnage Declines................................27

     4.      Analysts Expressed Concern About XPO's Ability to Meet Revenue Guidance, Given XPO's Curiously "Light" Tonnage....................................................................................28

     5.      XPO Had a Strong, Continuing Motive to Conceal Amazon's Impact on Tonnage and Revenue Because It Was Pursuing a Large Acquisition Requiring Common Stock as a Currency ....................................................31

     6.      Key Executive Absences and Departures Were a "Shock" to the Market .............................................................32

E.      Amazon Negatively Impacted XPO's Logistics Business.........................33

     1.      Amazon Had One Fulfillment Center Program with XPO that It Started to Wind Down Well Before XPO Told the Market of Amazon's Purported Surprise Departure in February 2019 .............................................................33

         a.      The Kansas Fulfillment Center Started Winding Down by March/April 2018................................34

         b.      The Maryland Fulfillment Center Started Winding Down by June 2018 ...........................................35

         c.      The Texas Fulfillment Center Started Winding Down by August 2018 .......................................37

         d.      The California Fulfillment Center Started Winding Down by October 2018......................................38

     2.      The Amazon Fulfillment Centers that It Started Winding Down Before November 1, 2018 Dwarfed the Two Fulfillment Centers that XPO Ran for "House of Fraser" .............38

3.     XPO "Misses" Financial Targets for the Third Quarter,
       Lowers 2018 Guidance, and Blames These Developments
       on a Customer that Was the Size of a "Rounding Error" .............39

4.     XPO's Claim that House of Fraser Alone Caused the Miss
       Was Materially False or Misleading ...............................................42

5.     XPO's Motive to Conceal the Risks and Operating Issues
       Amazon Presented Grew as XPO Reported It Was
       "Actively Engaged" in Discussions with Acquisition
       Targets .............................................................................................43

6.     Access to Contrary Facts .................................................................44

F.     Just as XPO Was "Very Close" to Closing a Deal that Would
       "Double" Its Size and Bury the Amazon Problem, Executives Let
       Slip Material Non-Public Information that Forced XPO to Disclose
       Yet Another Amazon-Related "Miss" .......................................................44

G.     After Failing to Find a Merger Partner Who Would Cover Up the
       Loss of Amazon in 2018, XPO Is Forced to Admit that It Lost Its
       "Largest Customer" (Amazon) and "Knew" that Amazon Was
       Going to Leave .............................................................................................49

V.     LOSS CAUSATION ........................................................................................51

VI.    CLASS ACTION ALLEGATIONS .................................................................52

VII.   CAUSES OF ACTION .....................................................................................54

COUNT I .........................................................................................................................54

Violation of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder ...................54

COUNT II ........................................................................................................................54

Violation of §20(a) of the Exchange Act .......................................................................54

VIII.  PRAYER FOR RELIEF ...................................................................................55

IX.    JURY DEMAND ..............................................................................................56

Lead Plaintiffs Local #817 IBT Pension Fund ("Local #817"), Local 272 Labor-Management Pension Fund ("Local 272") and Local 282 Pension Trust Fund and Local 282 Welfare Trust Fund ("Local 282") (collectively "Plaintiffs") allege the following based upon the investigation of Plaintiffs' counsel, which included a review of United States Securities and Exchange Commission ("SEC") filings by XPO Logistics, Inc. ("XPO" or the "Company"), as well as regulatory filings and reports, securities analysts' reports and advisories about the Company, press releases and other public statements issued by the Company, interviews with former employees of XPO, and media reports about the Company.  Plaintiffs believe that substantial additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## I.      NATURE OF ACTION

1.      This is a federal securities class action brought on behalf of a proposed class (the "Class") of all purchasers and acquirers of XPO common stock between February 12, 2018 through and including February 14, 2019 (the "Class Period") against XPO and one of its senior officers under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      Headquartered in Greenwich, Connecticut, defendant XPO is a publicly-traded transportation and logistics company.

3.      Before the Class Period, XPO had disclosed in annual reports information about the share of its revenues attributable to its largest customer, albeit without disclosing the identity of that customer.  One business day before XPO was set to release its annual report on SEC Form 10-K for FY17 ("2017 Annual Report"), Amazon.com, Inc. ("Amazon") announced the launch of a new delivery service.[1]  On this news, FedEx and UPS shares fell by as much as 6% because the market knew that Amazon had been a large customer of those companies (contributing 1.5% to 3% of each

---

[1]      As used herein, "FY" means the Company's fiscal year (*e.g.*, FY17 means the fiscal year 2017).  Specific quarters in a FY are designated by the quarter number followed by the letter "Q" (*e.g.*, 3Q17 means the Company's third quarter of fiscal year 2017).

company's revenues) and would now be taking business away.  The market did not know at the time

that Amazon was also a large customer – indeed the largest customer – of XPO.

4.     When XPO released its 2017 Annual Report the following business day, the

Company deleted information about its largest customer's contribution to revenue.  XPO provided

no explanation for this deletion and simultaneously touted its overall revenue growth.  Unbeknownst

to investors, XPO's reliance on its largest customer had almost doubled compared to the previous

year (increasing to over 5% of total revenue), and that customer had contributed the majority (52%)

of XPO's growth for the year.

5.     Over the course of the Class Period, XPO began experiencing slowdowns from

Amazon in both its transportation and logistics segments.  Numerous employee accounts, detailed

below, support the inference that Amazon was a material cause of the slowdowns.  These employee

accounts include reports of major slowdowns in at least four of XPO's five warehouses that were

devoted entirely to logistics business from Amazon as well as slowdowns in other Amazon-related

XPO service lines.  Around the same time in late April 2018, XPO hired away a top executive from

Amazon and launched – with great fanfare – a business that competed directly with Amazon.

Further supporting the inference that reliance on Amazon had created a systemic problem at XPO,

multiple executives, including XPO's Chief Strategy Officer ("CSO") and Chief Financial Officer

("CFO"), abruptly resigned within months of one another, purportedly to spend more time with their

families.

6.     Nonetheless, XPO continued to publicly tout its "diversified" and "broad-based"

growth.  Indeed, defendant Bradley S. Jacobs ("Jacobs"), the Company's Chief Executive Officer

("CEO"), expressly linked XPO's growth process to diversification on May 2, 2018: "Our 11%

organic revenue growth reflected a healthy diversification of customer verticals and service lines."

And XPO repeatedly told the market that there were "no material changes to the risk factors" and "nothing's slowed down" in terms of the Company's financial prospects.

7.      On October 31, 2018, however, XPO reported its results for 3Q18, the quarter in which facts show Amazon had slowed down business with XPO.  The Company disclosed that it had missed earnings projections and would be lowering its guidance for the year.  Jacobs told the market that the misses were entirely the result of the bankruptcy of a small United Kingdom-based customer, House of Fraser, and said that "on a long-term basis," the miss was "nothing."

8.      As one analyst noted though, XPO would have missed earnings per share even without the impact of House of Fraser's bankruptcy, and another analyst posited that a one-time "relatively small write-off" should not have caused XPO to lower its guidance for the entire year. These reports support the inference that there was more to the miss than just House of Fraser's bankruptcy, even if the bankruptcy played some role.  In addition, the XPO warehouses devoted to Amazon logistics businesses that had seen slowing business in the quarter were at least nine times larger than XPO's entire business with House of Fraser, further supporting the inference that Amazon's reduction of business materially contributed to the miss.  Yet XPO did not mention anything about Amazon when discussing the disappointing third quarter results.

9.      Defendants' (defined herein) knowledge of XPO's overreliance on Amazon's business and XPO's Class Period material losses of that business can be inferred from a number of relevant facts, including that Jacobs: (1) had access to detailed metrics implicating Amazon's business; (2) attended meetings and was briefed regularly on developments with XPO's customers; (3) initiated and promoted a service that competed directly with Amazon while hiring away a key Amazon executive; and (4) made numerous public statements about his familiarity with XPO's largest customers.

10.     Facts also show that Defendants had strong motive to cover up XPO's reliance on business from Amazon and Amazon's departure in order to inflate the Company's stock price.  XPO was hoping to carry out a large merger or acquisition, the successful completion of which would have obscured the effects of XPO's overreliance on Amazon's business.  The size of the acquisition would have required XPO to issue common stock, giving XPO a motive to maintain its stock price at artificially inflated levels to execute the transaction more cheaply.

11.     Despite claiming that the Company's third quarter miss was "nothing" and did not indicate any "systemic risk," XPO, less than six weeks later, was forced to disclose that it would not be able to make its free cash flow guidance for the entire FY18 without certain tax benefits, and was downgrading its earnings before interest, tax, depreciation and amortization ("EBITDA") guidance for 2019.

12.     By February 14, 2019, having failed to find a merger partner, XPO filed its FY18 annual report, disclosing that it had missed yet another quarter's projections and that, in 2019, it would be losing two-thirds of $900 million projected business from its largest customer.  Defendant Jacobs told the market "we knew that, that business wasn't going to stay forever and forever and ever and ever because of that particular customer's stated business plans" and explained, contrary to XPO's repeated claims during the Class Period about being highly-diversified, that "[o]ur customer concentration, it was too much" and the loss of the customer's business was therefore a "body blow."

## II.     JURISDICTION AND VENUE

13.     The claims asserted herein arise under and pursuant to §§10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. §240.10b-5.  This Court has jurisdiction over this action pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1331.  Venue is properly laid in this District pursuant to §27 of the

Exchange Act and 28 U.S.C. §1391(b) and (c).  XPO's corporate headquarters is in this District and many of the acts and conduct complained of herein occurred in substantial part within this District. In connection with the acts and conduct alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including the mails and telephonic communications and the facilities of the New York Stock Exchange ("NYSE").

## III.    PARTIES

14.    Lead Plaintiff Local #817 purchased shares of XPO common stock during the Class Period, as set forth in its certification previously filed with the Court and incorporated herein by reference, and was damaged thereby.  The Local 817 Fund is a multiemployer pension plan that is overseen by a board of trustees for the benefit of thousands of participants and their beneficiaries, including individuals who drive trucks to support the entertainment industry.

15.    Lead Plaintiff Local 272 purchased shares of XPO common stock during the Class Period, as set forth in its certification previously filed with the Court and incorporated herein by reference, and was damaged thereby.  The Local 272 Fund is a multiemployer pension plan that is overseen by a board of trustees for the benefit of thousands of participants and their beneficiaries, including individuals who are parking attendants.

16.    Lead Plaintiff Local 282 purchased shares of XPO common stock during the Class Period, as set forth in its certification previously filed with the Court and incorporated herein by reference, and was damaged thereby.  The Local 282 Funds are a multiemployer pension plan that is overseen by a board of trustees for the benefit of thousands of participants and their beneficiaries, including individuals who work in the construction trade.

17.    Defendant XPO is a Delaware corporation with its principal place of business in Greenwich, Connecticut.  The Company trades on the NYSE stock exchange under the ticker symbol

"XPO."  XPO claims that it "is a top ten global provider of cutting-edge supply chain solutions to the most successful companies in the world."

18.     Defendant Bradley S. Jacobs has been the Chairman and CEO of XPO since September 2, 2011.  Jacobs is also the managing director/member of Jacobs Private Equity, LLC, which, according to SEC filings made by XPO between 2016 and 2019, was either the largest or the second largest Company shareholder.  According to an annual proxy statement filed by XPO on April 18, 2018, Jacobs possesses an "[i]n-depth knowledge of the company's business resulting from his years of service with the company as its Chief Executive Officer."

19.     Jacobs and XPO are referred to throughout this Complaint as the "Defendants."

20.     Jacobs, because of his position at the Company, possessed the power and authority to control the content and form of the Company's annual reports, quarterly reports, press releases, investor presentations and other materials that XPO provided to the SEC, securities analysts, money and portfolio managers and investors, *i.e.*, the market.  Jacobs authorized the publication of certain documents, presentations and materials alleged herein to be misleading before they were made public, and Jacobs had the ability and opportunity to prevent the issuance of these false or misleading materials or to cause them to be corrected.  Because of his position with the Company and access to material non-public information available to him but not to the public, Jacobs knew or should have known that the adverse facts specified herein had not been disclosed to and were being concealed from the public and that the positive representations being made were false and/or misleading.  Jacobs is liable for the false and/or misleading statements and omissions pled herein.

## IV.    SUBSTANTIVE ALLEGATIONS

### A.    Company Background

21.    XPO raises money in the public equities market and trades publicly on the NYSE under the "XPO" symbol.  XPO provides transportation and logistics services and has corresponding "transportation" and "logistics" SEC reporting segments.

22.    In its transportation segment (also referred to as "freight"), XPO manages a transportation network that offers customers various means of transporting their goods.  Some of the Company's service offerings in the transportation segment include freight brokerage, less-than-truckload ("LTL"), and "last mile" services.  The Company uses trucks to move most of its freight and uses a blended model of owned, contracted and brokered capacity to provide truck transportation services.

23.    In its logistics segment, XPO provides services that help fulfill orders of goods that are purchased on the internet.  XPO provides a number of other services in its logistics segment, including warehousing and distribution services.  XPO sometimes refers to its logistics segment as the supply chain or contract logistics segment.

### B.    XPO Conceals Dependence upon Amazon to Fuel Growth

#### 1.    XPO Sets High Growth Targets for 2018 One Day Before *The Wall Street Journal* Reports that Amazon Will Launch a New Delivery Service

24.    Leading up to the Class Period, XPO had historically grown very little and experienced no profits until 2Q16, when it reported its first profitable quarter.  Jacobs attributed this change to the well-diversified business that XPO had built:

> We started the call with saying that we're at a positive inflection point in the evolution of our Company.  And that we are reaping the rewards of the last five years.  We have built *a very well diversified*, well functioning global business that provides significant value to our customers.

The proof is in the pudding.  Look at the numbers this quarter.  We had record EBITDA, way above expectations.  We had record cash flow from ops, way above expectations.  Record free cash flow.  We have a clearly defined action plan to go from $1.265 billion of EBITDA this year to our $1.7 billion target *in 2018*.

25.     In this 2016 report to investors, XPO presented itself as an attractive investment that was growing above expectations, in significant part, due to diversification.  Diversification is an attractive investment quality because it makes returns more stable over time.  As XPO's CEO Jacobs noted, the Company prepared in 2016 a two-year earnings target for 2018.  XPO revisited this target from time to time leading up to the start of the Class Period on February 12, 2018.

26.     For example, on a February 8, 2018 conference call with investors and analysts that ended at approximately 9:30 a.m., before the market opened, Jacobs reported: "As you saw from the press release, we had a very strong finish to 2017.  We posted record fourth quarter results across the board, with beats on revenue, earnings per share ("EPS"), adjusted EBITDA and free cash flow." And he noted: "More immediately, in 2018, we're off to an excellent start.  We're confident in our ability to grow adjusted EBITDA by at least another 17% this year."  The Company's CEO also described how XPO derived its financial targets:

So the way we get those numbers is we do it bottoms up. . . .  If, for some reason, those change over the course of year, we'll let you know that when they change.  But we're not going to change them just because people want us to change them.  Those are the numbers, and they're really good ones.

27.     After the market closed on February 8, 2018 and before the market opened on February 9, 2018,[2] *The Wall Street Journal* issued a report titled: "Amazon to Launch Delivery Service That Would Vie With FedEx, UPS: The company is preparing to begin the offering in Los

---

[2]     At approximately 6:33 a.m. on February 9, 2018, *Bloomberg* reported *The Wall Street Journal* headline to the financial markets.

Angeles with its 'third-party merchants' and then roll it out more broadly."[3]  Citing "people familiar with the matter," *The Wall Street Journal* reported:

> Amazon expects to roll out the delivery service in Los Angeles in coming weeks with third-party merchants that sell goods via its website, according to [people familiar with the matter].  Amazon then aims to expand the service to more cities as soon as this year, some of the people say.
>
> \*        \*        \*
>
> UPS shares ***fell*** 2.6% in Friday trading to $106.39, as the broader market rose.  FedEx shares ***dipped*** 1.7% to $235.32.

28.    Later in the day on February 9, 2018, *Bloomberg* reported that an analyst at Cowen Inc. ("Cowen") had raised Cowen's price target for XPO "to $100 from $85 . . . (outperform), noting that the company's pipeline of new business is more robust and that structural tailwinds remain clear."  Cowen's report noted "Key Takeaways" from XPO's February 8, 2018 conference call, including: "XPO's LTL business achieved solid yield improvement in the quarter as gross revenue per hundredweight improved 5% as tonnage per day increased 3%."[4]

29.    In a February 9, 2018 *Bloomberg* report summarizing the Cowen price-target increase for XPO, *Bloomberg* also reported these market developments:

> ***XPO [stock price was] up 3%***, even as FDX [FedEx] and UPS both ***opened down*** after WSJ reported earlier today that Amazon will pick up packages from businesses and ship them to consumers through "Shipping with Amazon."

30.    On February 9, 2018, *Business Insider* also published an article about the steps Amazon was taking to expand its shipping operations, with attention to its existing vendors.  The article, titled, "UPS and FedEx are tumbling after Amazon says it's going into shipping (AMZN, FDX, UPS)," reported:

---

[3]    This article was updated later in the day on February 9, 2018, but was first published electronically before the market opened.  *See* Bloomberg Wire at 6:33:23 a.m.: "Amazon Is Said To Prepare Delivery Service for Businesses: WSJ."

[4]    On February 9, 2018, Cowen analysts reported: "Target Updated: Further Upside in XPO."

UPS was down more than 6% in early trading Friday, while FedEx was off 5%.

Amazon has flirted with shipping its own packages for a while now, most recently in October 2017, when shares of UPS and FedEx fell on news of a program called 'seller flex,' in which Amazon would deliver packages on behalf of third-party sellers on the site.

It wasn't immediately clear how much of an effect losing Amazon's business will have on FedEx and UPS.  In 2016, FedEx VP of Market Development Michael Glenn said Amazon *accounts for just 3%* of the Memphis-based carrier's revenue.

UPS, on the other hand, carries about 30 percent of Amazon's total US shipments - roughly $1 billion of annual revenue.  That's *only 1.5%* of the Atlanta-based carrier's $65.87 billion 2017 revenue.

31.     On February 9, 2018, a freight industry publication, *FreightWaves*, issued a similar report, titled, "UPS and FedEx stare down Amazon's 'last-mile' announcement."  *FreightWaves* reported:

Donald Broughton of Broughton Capital tells FreightWaves *that Amazon is less than 3% of UPS and an even smaller percentage of FedEx's revenue*.  The complete loss of Amazon as a customer would not interrupt the ability of FedEx and UPS to continue as prosperous companies even without Amazon.

32.     These sources show market participants were paying heightened attention to the amount of business that transportation companies were conducting with Amazon at the time and that UPS's and FedEx's stock values were fluctuating by as much as 5% and 6% (per *The Business Insider* report) as the market weighed the news in light of their respective 1.5% to 3% estimated revenues from Amazon.

**2.     On the Next Business Day After *The Wall Street Journal* Report Impacts FedEx and UPS, XPO Files Its Annual Report, Deleting the Fact of How Much XPO's "Largest Customer" (Amazon) Contributed to Growth**

33.     On Monday, February 12, 2018, XPO filed its 2017 Annual Report with the SEC. Jacobs signed the filing.  In the filing, XPO purposely deleted the passage that had previously

disclosed the size of its "largest customer" while making an otherwise substantially-identical disclosure to the one from its prior year annual report, as the following comparison shows:

> **Customers, Sales and Marketing**
>
> Our Company provides services to a variety of customers~~-~~, ranging in size from small, entrepreneurial organizations to ~~multi-national~~ Fortune 500 companies and global industry leaders. *We have a diversified customer base that minimizes our concentration risk*: in ~~2016~~2017, approximately ~~8~~10% of our revenue was attributable to our top five ~~clients, with our largest customer accounting for approximately 3% of revenue~~customers.

34.     Pursuant to Item 303 of Regulation S-K, 17 C.F.R. §229.30 ("Item 303"), XPO's 2017 Annual Report filed on February 12, 2018 included a section titled, "Management's Discussion and Analysis of Financial Condition and Results of Operations" ("MD&A").  That section included information about how XPO had grown in 2017 relative to 2016, including, for example: "Our consolidated *revenue* for 2017 *increased 5.2%* to $15,380.8 million from $14,619.4 million in 2016.  This *increase was primarily driven* by growth in our European contract logistics business, improvement in LTL weight per day, and growth in North American truck brokerage and Last Mile operations."

35.     XPO did not disclose the fact that one customer, Amazon, was primarily responsible for driving its increase or growth in revenue in 2017.  A revenue "bridge" from 2016 to 2017 illustrates Amazon's importance to XPO's growth:[5]

---

[5]     XPO securities analysts sometimes conducted "bridge" analyses to show changes between reporting periods. *See, e.g.*, on December 13, 2018, Barclays analysts reported: "XPO Logistics Inc., It Doesn't Matter until it Matters . . ." (applying "XPO FCF Bridge from 2018E to 2019E").



36.     Amazon accounted for approximately $438 million of XPO's revenue in 2016, increasing by approximately $407 million over the course of 2017 for a total contribution of approximately $845 million in revenue for the 2017 calendar year.[6]  The revenue that Amazon contributed to XPO in 2017 thus accounted for approximately 52% of its revenue growth for the year, with approximately 50,000 customers accounting for the other 48%.[7]  The revenue that

---

[6]     This estimate of Amazon's revenue contribution to XPO for the 2017 calendar year rests on the following facts: Jacobs told investors on February 15, 2019 that XPO's largest customer (*i.e.*, Amazon) had grown XPO "a lot" over the past few years.  ¶124.  This admission shows Amazon contributed increasing amounts of revenue in 2016, 2017 and 2018; thus, the 2017 calendar year revenue contribution was somewhere between the revenue it contributed in 2016 and the amount of revenue that Amazon contributed to XPO in 2018 of about $900 million (although expected revenues were materially higher that year).  *See, e.g.*, ¶123.  During a May 2, 2019 conference call with analysts and investors, defendant Jacobs referred to Amazon as getting "a little more than 1/2" of "about 11%" revenue previously.  In its 2017 Annual Report, XPO stated that it had "a diversified customer base that minimizes our concentration risk: in 2017, approximately 10% of our revenue was attributable to our top five customers," and that revenue for the year was $15.38 billion.  Assuming Amazon accounted for "a little more than 1/2" of the 10% figure cited in XPO's 2017 Annual Report, it is possible to estimate it contributed 5.5% to revenue that year, or approximately $845 million in revenue.  This figure is consistent with Jacobs's later admission that the Company grew "a lot" with Amazon over the prior few years because it is higher than 2016 revenue but still about $100 million smaller than the greater-than-$950 million in revenue that XPO had projected for 2018, and less than the approximately $900 million in revenue that Amazon ultimately contributed to 2018.

[7]     XPO repeatedly stated that it had approximately 50,000 customers throughout the Class Period.

Amazon contributed had slightly higher margins than the average XPO margins.[8]  These facts show XPO's February 12, 2018 statements or omissions to the market were false or misleading at the time: XPO was materially reliant upon a single (risky) customer to fuel its growth.

### 3.   Defendants Knew or Should Have Known the Importance of XPO's Largest Customer to the Company's Growth

37.    Yet investors were unaware that XPO was focused upon a single customer (Amazon) to fuel most of its growth.  For example, as a BofA Merrill Lynch analyst noted after the end of the Class Period: "One of the things that *I think XPO has touted* as one of its strengths is that it's not overly focused on any particular customer."  ¶125.

38.    The facts, however, permit an inference that Jacobs was aware of Amazon's importance to XPO by February 2018.  For example, Jacobs discussed his knowledge of XPO's top customers on the February 8, 2018 conference call in the context of sales initiatives:

> [C]ross selling is going very well. . . .  If *you look at our top 100 customers, 94 of them now are using us for multiple service lines*. . . .  So it's a natural evolution. It's something *we've been focusing on now intensely* for the last couple of years, and it's showing results.

39.    In addition, XPO filed a letter with the SEC on February 14, 2018 stating that Jacobs attended weekly meetings that covered "a discussion of the sales pipeline (customers won, lost and new entrants) [and] cross-selling," among other things, including a review of "volume" and other "key operating and financial metrics."[9]  This letter was filed just days after deleting its largest

---

8    February 15, 2019 XPO conference call: Amazon's earnings margins were "slightly *higher than company average* EBITDA margin" at XPO, as the Company's CSO noted.

9    The letter notes:

> [Jacobs's] evaluation of the performance of the Transportation reporting segment is achieved primarily through *weekly* 1:1 meetings with [direct-report] Mr. [Troy] Cooper and, to a lesser extent, through the *monthly* Company-wide operating reviews or MORs. In the weekly 1:1 meetings, the focus is on the Transportation reporting segment's month-to-date performance for *key operating* and financial *metrics*.  The *metrics reviewed include*: organic revenue growth; adjusted EBITDA; and *volume*, rate and pricing performance.  There is also a discussion of the *sales pipeline (customers won, lost and new entrants)*; *cross-selling*; and performance on key strategic initiatives such as improved pricing.  These discussions may include service line performance to add color or context,

customer information from its 2017 Annual Report.  Amazon was XPO's largest customer,

accounting for most of its growth over the preceding year.  Amazon therefore would have impacted

any one of the subjects upon which Jacobs was briefed in the weekly meetings.

40.    A former XPO District General Manager also believed that Jacobs would personally

interface with representatives of Amazon.  This former XPO employee ("FE-1") explained that, as of

2017, XPO had District General Managers and Directors of Sales who would present their numbers

to the President of LTL on a quarterly basis.[10]  Vice-presidents would attend those meetings.

Although FE-1 left XPO in the summer of 2017, an individual in FE-1's position would be in a

position to know whether Jacobs would personally interface with Amazon representatives in the

ordinary course of business.  These facts also support an inference that Jacobs would have been

aware of Amazon's importance to XPO's growth by 2018.  They also are consistent with post-Class

Period statements from Jacobs tending to show his awareness of Amazon's importance to XPO's

growth during the Class Period.  ¶¶124-126.

### 4.    Facts Permit a Strong Inference that XPO Had a Motive to Conceal Amazon's Importance to Use XPO Stock as a Currency to Fund a "Large" Acquisition

41.    Defendants were motivated to conceal Amazon's importance from XPO investors at

the time.  On the February 8, 2018 conference call with investors, Jacobs noted XPO's acquisition

plans: "the base-case scenario would be that we will complete 1-2 large acquisitions by the end of

2018."  Details about the size of the "large" acquisition surfaced later in time, when Jacobs stated

---

but are generally not the focus.  The MORs which *are run by Mr. Jacobs are similarly focused on the key metrics referenced above* at the Transportation reporting segment level, *once again with service line results reviewed to add context*.

*See* February 14, 2018 Letter from XPO CFO John Hardig ("Hardig") to Branch Chief of the SEC.

[10]    Tony Brooks ("Brooks") was the President of LTL from approximately November 2015 through July 2018.  XPO's February 14, 2018 letter to the SEC, identified above, states that the President of LTL was one of "Mr. [Troy] Cooper's direct reports."  The letter also states that Troy "Cooper reports directly to Brad Jacobs."

XPO planned a merger that would have "doubled" XPO in size.  ¶108.  XPO's 2017 Annual Report noted the Company had cash and cash equivalents of approximately $396.9 million as of December 31, 2017.  An analyst report from Cowen dated February 9, 2018 reported XPO's market value was $10.1 billion.  These facts show XPO could not fund an acquisition that would have doubled its size with existing resources, meaning XPO would need to issue stock to fund a purchase.  Inflated stock would make the acquisition cheaper and more feasible.

42.     In the absence of facts about the primary role that one risky customer (*i.e.*, Amazon) played in fueling XPO's growth, XPO's stock price closed at approximately $85 per share on February 8, 2018 and rose to $90 per share at the close of trading on February 12, 2018, after XPO filed its 2017 Annual Report, for an increase of approximately 5.88%.

### 5.     Facts Permit a Strong Inference that Defendants Had Unique Insights About Amazon's Business Plans and Capabilities

43.     Facts support that Jacobs had increased access to facts about Amazon's transportation and logistics business plans, in particular Amazon's plans and abilities to conduct the business it gave to XPO "in house."  This inference follows from a new hire that XPO announced on April 23, 2018.  XPO recruited one of Amazon's top executives, Kenneth Wagers III ("Wagers") to serve as its new Chief Operating Officer – announcing that Wagers would oversee operations "effective immediately."  Jacobs welcomed Wagers in the press release, which further noted Wagers' most recent role at Amazon:

> Wagers' career in the supply chain sector includes senior positions with three global leaders: Amazon.com, Dr. Pepper Snapple Group and UPS.  He was ***most recently with Amazon, where he had executive oversight of Amazon's Worldwide Transportation and Logistics business*** (last mile, middle mile, and air and ocean cargo), as well as Amazon China operations, Prime Now and Amazon Fresh operations.

44.     "At Amazon, [Wagers] served in a number of top jobs ***and was considered critical to the expansion of the company's transportation and logistics*** services," as an industry publication

would later report.[11]   These facts permit an inference that Wagers had personal knowledge of Amazon's business plans and capacity to expand into XPO's market – transportation and logistics.

45.     One securities analyst who had access to meetings with XPO management commented, after the close of the Class Period, that XPO's recruitment of Wagers from Amazon involved "teams of lawyers on both sides."   Around the time that XPO hired Wagers, XPO also launched a new business called "XPO Direct."[12]   The same analyst observed that XPO Direct was "very similar, if not exactly like" Fulfillment by Amazon, a transportation and logistics business that was important to Amazon.[13]   On April 25, 2018, Jacobs, with Wagers standing behind him, rang the NYSE opening bell to announce XPO Direct.[14]   These facts permit the inference that Jacobs easily could have ascertained Amazon's business plans and capabilities relative to XPO from Wagers.

### 6.     Despite XPO's Reliance on Amazon for Growth, XPO Continued to Tout Its "Diversification" and "Broad-Based" Growth Story Even as that Growth Started to Decelerate

46.     About one week after the launch of XPO Direct, on May 2, 2018, XPO reported first quarter results, including the following information:

CEO Comments

Bradley Jacobs, chairman and chief executive officer of XPO Logistics, said, "We're off to a strong start in 2018.  We delivered record first quarter results for revenue, net income, EPS and adjusted EBITDA.  Our 11% organic revenue *growth reflected a healthy diversification of customer verticals and service lines*."

---

[11]     Daniel P. Bearth, *XPO Logistics Terminates COO Ken Wagers*, Transport Topics (Mar. 11, 2019).

[12]     On February 18, 2019, Deutsche Bank analysts reported: "Lifting the fog; Assessing intrinsic value."

[13]     By contrast, on July 19, 2018, analysts reported information they learned from a private meeting with XPO management about XPO Direct.  XPO "expected [XPO Direct] to be a $1B revenue business in a 'few years' – from $0 last year."  In other words, any new revenue from XPO Direct could not offset the lost revenue from Amazon for at least a few years.

[14]     XPO terminated Wagers "without cause" in March 2019.

47.     On May 3, 2018, XPO held a conference call with analysts and investors.  Jacobs

noted, "I'm happy to welcome Kenny Wagers to the team as our new chief operating officer," and

reported the following about the first quarter:

> As you saw from the press release, we had a strong start to 2018. We posted
> record first quarter revenue, net income, EPS and adjusted EBITDA.  We generated
> robust organic revenue growth of 11%. And we increased our adjusted EBITDA 14%
> year-over-year to a first quarter record of $330 million. ***The growth was broad-
> based across our operations***.

48.     Defendants were still motivated to sustain XPO's stock price at artificially inflated

levels for the purpose of funding acquisitions.  Company CEO Jacobs noted on the May 3, 2018

conference call: "the base case scenario is, we would have a big acquisition or 2 medium-sized

acquisitions announced by the end of this year.  And we're very much on track for that.  That could

be 3 weeks from now, that could be 3 months from now, that could be December, but the base case

scenario is this year."

49.     The market responded favorably to XPO's May 3, 2018 conference call.  On that

date, XPO's stock price opened at $92.4 per share and closed at $101.1 per share, for an increase of

approximately 6.77% that day.  On May 4, 2018, analysts from Stephens Inc. ("Stephens") issued a

report, titled "1Q18 Recap: Investors Anticipating Investments Will Yield Consistent Growth."  The

report noted: "XPO surprised many investors yesterday by moving solidly higher despite the in line

results and guidance reiteration.  Clearly the bulls believe that XPO is investing its potential earnings

upside in FY18 for mid-teens EBITDA growth in FY19 and beyond."

50.     Unfortunately, the market did not know that XPO had depended largely upon

Amazon to fuel its mid-teens growth, which meant that the market could not assess how risky that

growth was in light of other, public information about Amazon and other non-public information

about XPO's business relationship with Amazon.  In addition, the growth was not the result of

"diversification" or "broad based" given the primary role that Amazon played in fueling XPO's

- 17 -

growth; XPO's contrary statements were false or misleading.  In addition, the risks that Amazon presented to XPO started to materialize in the first half of 2018 in the form of decelerating transportation business and logistics business as particularized below.  *See* §IV.C.-E.  These facts further show that XPO's May 3, 2018 statements or omissions to the market were false or misleading at the time.

51.     On May 7, 2018, however, XPO filed a quarterly report on SEC Form 10-Q ("10-Q") that did not disclose any trends or uncertainties particular to Amazon in the MD&A section.[15] Similarly, the May 7, 2018 10-Q included a "Risk Factors" section consisting of one sentence: "There are **no material changes to the risk factors** previously disclosed in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2017."  But the risks had changed materially since XPO filed that report on February 12, 2018: XPO had started to experience negative developments with Amazon and a deceleration in business from Amazon (as particularized below, *see, e.g.*, §IV.C.) – XPO's largest customer, responsible for most of XPO's growth.  These problems unfolded contemporaneously with the hiring of one of Amazon's top executives and starting a business that competed with Amazon.  These facts further demonstrated that XPO's May 7, 2018 statements or omissions to the market were false or misleading at the time.

52.     On May 7, 2018, XPO's stock price opened at $102 per share on May 7, 2018 and closed at $107 per share on May 8, 2018, for an increase of approximately 4% over those two days.

### C.     Amazon's Deceleration of Business Had Started to Negatively Impact XPO Prior to May 2018

53.     The facts support that Amazon was culling the amount of business it gave to XPO and/or that the business it did give was of lower profitability by May 2018.  These additional facts

---

[15]     Item 303 places an affirmative obligation to disclose a number of items in this section.  Jacobs signed the quarterly report.

relate to XPO's transportation reporting segment (its LTL, last mile and brokerage business in that segment) and its logistics reporting segment.

    1.  **Both XPO and Amazon Knew Amazon Was Discontinuing the LTL Business by May 2018**

   54.  As an example, during and prior to May 2018, a former employee in XPO's sales division ("FE-2") participated in numerous conference calls in which a Director of Sales explained that the volume of goods that XPO was shipping in its LTL business was declining because XPO and Amazon were discontinuing their LTL business relationship.[16] FE-2 observed "massive declines" in Amazon's LTL business contemporaneous *with the reports from more senior management that the two parties were discontinuing their LTL business relationship*. FE-2 explained that this subject was frequently and routinely discussed on conference calls. FE-2 understood that the Director of Sales was conveying this information on the conference calls from a Regional Vice-President who reported to Brooks, the President of the LTL business in Ann Arbor, Michigan.[17] XPO did not lower FE-2's tonnage volume sales quotas when Amazon lowered the tonnage volume it shipped through XPO, which meant that FE-2's sales commissions fell by approximately 50%-70% on account of being unable to meet (unchanged) volume sales goals with business from other customers and without the help of Amazon.

   55.  FE-2 also explained that XPO prepared internal tonnage reports to keep track of tonnage. As noted, the reports showed "massive declines" in Amazon tonnage.

   56.  FE-2's accounts of XPO's internal reporting capabilities are consistent with those from a former XPO employee ("FE-3"), who worked in two Director roles over the 2015-July 2018

---

[16] FE-2 worked at XPO from July 2017 to June 2018 as a Sales Account Executive.

[17] As noted previously, Brooks reported to Troy Cooper ("Cooper"), who reported to Jacobs.  ¶¶39-40, nn.9-10.

period.[18]  FE-3 understood from these roles that XPO had analysts who were able to generate "a whole battery of reports" with regard to the business with Amazon (and other customers, as necessary).  With regard to reports that would reflect the dynamics of the Amazon LTL business, FE-3 emphasized that such data was "definitely at our fingertips," including data about Accounts Receivable and Operating Ratios, and which could be extracted down to the individual item bar-code level, as well as by specific accounts.  FE-3 noted there were "tons of granular data" available to virtually all of XPO's managerial personnel.  And, while FE-3 did not know what reports or data Jacobs received, FE-3 emphasized he could get whatever reports or data he wanted.  To that end, XPO had "business intelligence dashboard tools," by which "anybody could pull a report" for any individual account.  The data and reports were available from several sources, including an AS400 computer, an Oracle database (that XPO was transitioning away from in favor of a NetSuite application) and SalesForce.com.

57.     FE-3 attended internal meetings from time to time in 2018, where Amazon was discussed informally amongst staff members as a problematic account.  The fact that the LTL relationship with Amazon had to change was "no secret," as FE-3 recalled from these 2018 discussions.

58.     Separate from the 2018 meetings, in 2017, FE-3 had the responsibility for overseeing accounts receivable or collections from Amazon and other customers.  From that role, FE-3 understood that XPO's relationship with Amazon, when it came to collections, "did not go well."  FE-3 explained that the majority (approximately 85%) of XPO's LTL customers had payment terms of net 30 days from the date an invoice was submitted, a small percentage of customers had terms of net 60 days, and an even smaller percentage than that had terms of net 90 days.  Amazon had terms

---

[18]     From 2015 to July 2017, FE-3 was Director of Credit and Accounts Receivable and then was laterally promoted to Director of Operations, where FE-3 remained until July 17, 2018.

of net 90 days from the date of the invoice, but Amazon also had terms specific to it that in the event there was an error in XPO's invoices, then the 90 days would begin on the date of the corrected invoice, which stretched out the time for payment even more.  In that regard, FE-3 explained that there were definitely errors in the invoices that XPO submitted to Amazon and which Amazon would then identify and use to slow payments, but this activity was appropriate under the terms of their LTL invoices and the errors were XPO's fault, as FE-3 recalled.  As such, Amazon had "a huge amount of open accounts receivables," although given the extended payment terms, it was hard for FE-3 to say whether Amazon would be considered "a no-pay" account – Amazon was never placed on credit hold, but Amazon was definitely "a slow-pay" account.  These facts, while observed in 2017, relate to LTL contract terms and Amazon's business practices, and they tend to show that Amazon was a large account that could generate "free cash flow" (slow collection) problems for XPO.  XPO's "free cash flow" problem started to become apparent in October 2018 and again in December 2018.  *See, e.g.*, ¶¶100, 113.

### 2.   Amazon's "Last Mile" Business Started Declining Before May 2018

59.    Another former XPO employee, an Operations Manager ("FE-4") in XPO's "last mile" business line, attended conference calls that a Market Vice President ran in 2018.[19]  The conference calls occurred on a daily basis and involved a forum for 20 Operations Managers to discuss the last mile business, including profit and loss ("P&L") and customer updates.  The calls lasted up to an hour.  The Market Vice President also would use the individual P&L statements of each of the Operations Managers as the basis for putting together a report that would detail the overall profitability of the last mile operations in the region and that were summarized in an Excel-based report for the 20-hub region that included Chicago.  FE-4 understood from the conference

---

[19]    FE-4 worked in XPO's brokerage business line from December 2016 through February 2018 as an Account Manager in XPO's brokerage business and then in XPO's last mile business line from March 2018 to April 2019.

calls that Amazon's last mile business had been declining throughout 2018 and fell significantly going into the 2018 holiday season. FE-4 explained that a main purpose of the daily conference calls was to discuss profitability. FE-4 understood from the calls that XPO's main objective had been to raise revenue (but not profits) in the last mile business line. Besides being discussed on the daily conference calls for FE-4's region, the last mile shipping data was available in spreadsheets that were distributed on a weekly basis to the Operations Managers for each one of the last mile facilities. Regarding XPO's other internal reporting, FE-4 noted that XPO had "advanced, in-house technology" that was a "custom-built" system providing "reporting on everything." In that regard, the declines in the Amazon business were "very visible" in XPO's reporting system.[20] FE-4 explained that seeing Amazon-related declines was not "rocket science." FE-4 noted that more senior management was "vague" about the reasons for the declines on the internal conference calls about the LTL business.

### 3. XPO Was Losing Money on Amazon's Declining "Brokerage" Business Before May 2018

60. FE-4 also worked in the brokerage business line of XPO's transportation segment from December 2016 through February 2018.[21] FE-4 understood that Amazon had accounted for "a large piece" of the brokerage business, but that the Amazon business "could not be less profitable." As FE-4 recalled, XPO would "lose money hand over fist" when it came to the brokerage business,

---

[20]   This information is consistent with XPO public reports. On April 24, 2018, for example, XPO's Chief Information Officer was quoted when the Company launched XPO Direct: "'XPO Direct uses our proprietary technology to link multiple sites with cross-network visibility. Our *algorithms analyze customer data to identify patterns* in consumer behavior and seasonality. We use this information to predict when and where to place products by SKU number, and reflow goods to other sites as needed.'"

[21]   According to XPO's 2017 Annual Report filed in February 2018:

> Our truck brokerage operations are non-asset-based: we place shippers' freight with qualified carriers, primarily trucking companies. Customers offer loads to us via electronic data interchange, email, telephone and the internet on a daily basis. These services are priced on either a spot market or contract basis for shippers. We collect payments from our customers and pay the carriers for transporting customer loads. Our proprietary, cloud-based brokerage platform, Freight Optimizer, gives us real-time visibility into truckload supply and demand.

and particularly the Amazon segment, because XPO pursued revenue rather than profitability in that segment.  FE-4 understood that XPO was following the same strategy in its LTL business line in 2018 – pursuing revenue that was not profitable.  As an example, FE-4 explained that XPO might have generated $400,000 in revenue for last mile services, but only realized $6,000 in actual profit, and this profit did not include additional operational costs.  Regarding the brokerage business, prior to 2018 there had also been "a steady decline" in activity related to Amazon.  Leading up to the 2018 period, XPO had handled a greater variety of goods for Amazon, including smaller items.  Over time, however, XPO was only handling the largest and least profitable pieces for Amazon, as FE-4 explained.

### D. Amazon's Deceleration Impacted XPO's "Tonnage" Operating Metrics Relating to Amazon Continuing into the Summer and Fall of 2018

#### 1. Analysts Tracked Negative Changes in XPO's Tonnage Metrics

61.     As noted above, on February 8, 2018, XPO announced growth targets in the mid-teens for 2018 and Jacobs specified that XPO raised "our organic growth [revenue] targets up about a point or two" on account of a "very favorable LTL market" as one factor.[22]  XPO provided a

---

[22]   XPO referred to revenue growth as organic growth, as Jacobs noted on the call: "We delivered robust organic growth in the quarter at 10.4%," and was referring to annual revenue growth of 10.4% for the 2017 calendar year relative to the 2016 calendar year.

definition of the LTL business in its filings[23] and tracked the amount of "tonnage" transported by the LTL business as one of its key operating metrics.[24]

62.     XPO reported changes in the growth of its tonnage volume (or weight transported) to the market before and during the Class Period in quarterly press releases.  For the 2017-2018 period, the reported volume growth statistics are set forth in the first two rows of the following chart (the third row quantifies the change in growth rates):

|  | 1Q | 2Q | 3Q | 4Q |
|---|---|---|---|---|
| 2017 Reported Growth | 4.80% | 7.10% | 5.60% | 2.90% |
| 2018 Reported Growth[25] | -1.10% | -0.60% | -1.50% | -1.10% |
| Growth Change (Percentage Points) | -5.90 | -7.70 | -7.10 | -4.00 |

63.     Analysts kept track of XPO's reported tonnage growth metrics and relayed them to investors in their own reports.[26]  Research from Jeffries about XPO helps explain why tonnage

---

[23]   In 2018, XPO defined the LTL business as follows:

   Less-Than-Truckload (LTL): The transportation of a quantity of freight that is larger than a parcel, but too small to require an entire truck, and is often shipped on a pallet.  LTL shipments are priced according to the weight of the freight, its commodity class (which is generally determined by its cube/weight ratio and the description of the product), and mileage within designated lanes.  An LTL carrier typically operates a hub-and-spoke network that allows for the consolidation of multiple shipments for different customers in single trucks.

[24]   In its transportation segment, XPO regularly tracks tonnage and bases its resource needs on these reports.  The tonnage reports are generated and reviewed daily.  The reports are not customer specific, but when tonnage numbers are down, District Managers could reach out to the sales department to learn why the numbers dipped and what could be done to reverse this decline.  XPO sales reports would break down tonnage on a per-customer basis.  Employees at the Director level and above had access to sales reports, but it was easier for a District Manager to simply call a sales director to ascertain what was generating lower tonnage numbers.

[25]   XPO reported its 1Q18 tonnage growth (-1.1%) next to its 1Q17 tonnage growth (4.8%) in a press release dated May 2, 2018.  It reported corresponding quarterly statistics identified in the first two lines of the chart, above, in press releases of August 1, 2018 (2Q18), October 31, 2018 (3Q18) and February 14, 2019 (4Q18).  XPO's publicly-traded LTL peers also reported tonnage growth metrics to investors during the Class Period.  For example, on an April 26, 2018 conference call, Old Dominion Freight Line Inc. ("Old Dominion") reported in the 1Q18, a "15.4% increase in LTL tons and a 5.9% improvement in LTL revenue per hundredweight in what has continued to be a favorable pricing environment."  Old Dominion reported on July 26, 2018 its 2Q18 results, noting that "[o]ur LTL tons per day increased 14.6% as compared to the second quarter of 2017."  It reported 3Q18 data on October 25, 2018, noting "LTL tons per day increased 8.1% as compared to the third quarter of 2017."  It reported 4Q18 data on February 7, 2019, noting "LTL tons per day increased 2.9% as compared to the fourth quarter of 2017."

[26]   *See, e.g.*, Stephens analyst reports (2017-2018 period): 1Q17 report, noting that LTL "Daily tonnage was up 4.8% y/y"; 2Q17 report, noting that LTL "Daily tonnage was up 7.1% y/y"; 3Q17 report, noting that LTL "Daily tonnage was up 5.6% y/y"; 4Q17 report, noting that LTL "Daily tonnage was up 2.9% y/y"; 1Q18 report, noting that LTL "Daily

trends were important to securities analysts: "Truck tonnage has proven to be *a good early indicator* for (LTL) truck loads and yields."[27]   Analysts asked about changes in XPO's tonnage growth from time to time.[28]

### 2. Amazon Negatively Impacted XPO's Reported Tonnage Growth Metrics

64.     Facts show these "early indicator" tonnage metrics started to suffer on account of a deceleration in business from Amazon, as FE-2 explained. ¶¶54-55.  A former XPO employee ("FE-5"), who had a role in selling XPO's services to other businesses during this time frame, observed similar facts.[29]  While still employed by XPO, FE-5 heard that Amazon had cancelled its LTL contract with XPO and "that Amazon left."  Shortly before FE-5 left XPO in the summer of 2018, FE-5 and others received a "tonnage report" showing "tonnage" was down in various territories and regions because of a drop in tonnage from Amazon.  FE-5's team was asked to try to replace some of that business by selling more tonnage to other customers.  FE-5 did not believe that Amazon had fully left prior to FE-5's review of the tonnage reports (shortly before June 2018), but recalled that Amazon had gradually started to slow down its business with XPO.  FE-5 recalled, "I remember hearing, while I was there, that Amazon left," and the manner of leaving: "I think it was just a gradual thing."

tonnage was down 1.1% y/y"; 2Q18 report, noting that LTL "Daily tonnage was down 0.6% y/y"; 3Q18 report, noting that LTL "Daily tonnage was down 1.5% y/y"; 4Q18 report, noting that LTL "Daily tonnage was down 1.1% y/y."

[27]    October 3, 2018, Jeffries: "XPO Logistics, Inc., Building a Differentiated eCommerce Logistics Platform. Initiating at Buy."

[28]    Prior to the Class Period, for example, on August 3, 2017, XPO's CFO reported in a conference call: "In less-than-truckload, we grew revenue by over than 7%, while at the same time, achieving a 20-plus-year record for adjusting operating ratio. *Tonnage per day increased by 7.1% year-over-year in the quarter, an improvement from 4.8% last year*," while XPO's CSO at the time reported in "LTL, we're ramping up volumes. . . .  At the same time, we're delivering our best ever LTL margins."  Similarly, on a November 2, 2017 conference call with analysts and investors, Jacobs noted in response to questions about LTL: "We *increased yield 1.8% now, at the same time, growing tonnage 5.6%*.  So the yield environment is positive.  And the reason it's positive is *there's more tonnage out there*."

[29]    FE-5 was an Account Executive in XPO's sales division for a number of years leading up to May 2018.

65.     Similar to FE-2's and FE-5's accounts, in 1Q18, an Amazon Area Manager ("Amazon Manager") started seeing fewer XPO trailers at five different Amazon warehouses that he visited as part of his job.[30]  "When that happened all the XPO trailers disappeared from the yard," the Amazon Manager explained.  The Amazon Manager elaborated, "that's when you noticed" the decline, "when there's 400 trailers sitting out there and you use to see XPO all the time and then all of a sudden there's none, you know it's an obvious sign."  The Amazon Manager explained that Amazon "dropped" the XPO LTL business prior to summer 2018.  In 1Q18 or 2Q18, the Amazon Manager recalled reading a story on an internal Amazon intranet newsletter that related to XPO.  The internal Amazon newsletter stated that Amazon was dropping XPO LTL.[31]

---

[30]    The Amazon Manager worked in the LTL side of the transportation business, corresponding to XPO's LTL business line in its transportation segment.  The term "LTL" refers to "less-than-truckload," and is a common business term in the freight business.  XPO explains in its SEC filings that LTL refers to the transportation of a quantity of freight that is larger than a parcel, but too small to require an entire truck, and is often shipped on a pallet.  It further explains that an LTL carrier typically operates a hub-and-spoke network that allows for the consolidation of multiple shipments in different trucks.  Consistent with XPO's LTL description, the Amazon Manager explained that XPO had been transporting Amazon merchandise between Amazons fulfillment centers and also delivered LTL deliveries to Amazon retail customers.

[31]    These facts are consistent with Amazon's deceleration of the LTL business into 2019.  When XPO reported the fact that Amazon would lower the amount of business it gave to XPO in 2019, analysts asked questions about the various business lines that the deceleration would impact.  XPO operated two major reporting segments: logistics and transportation.  XPO stated that a "smattering" of lost business was associated with the logistics segment – "really was a few warehouses," as Jacobs put it.  Regarding the five business lines of the transportation segment, XPO stated: (1) it would see "some" lower revenue in the truckload, brokerage and expedite service lines; (2) $200 million less revenue in the last mile service line (in the postal injection service); (3) a "little bit" less in the intermodal and drayage service lines; and (4) no less revenue in the global forwarding (or European transport) business line as the deceleration would occur "almost entirely" in North America.  The fifth and final business line (5) was the LTL service line that was larger than all other business lines, counting for approximately one quarter of XPO's historic revenue while the other four transportation service lines each contributed between approximately 6%-16% apiece.  Given the fact that XPO indicated its largest customer would contribute approximately $600 million less revenue in 2019 relative to 2018, the fact that XPO allocated "some," $200 million, a "little" and "none" of that diminution to the first four transportation service lines, identified above, along with a "smattering" in XPO's only other segment (logistics), process of elimination suggests that a material portion of the lower revenue would flow from the LTL service line of XPO's transportation segment.  Unfortunately for investors, Amazon had already started its process of decelerating the amount of business that it gave to XPO well before the end of 2018, as the facts provided by FE-2, FE-5 and the Amazon Manager show when viewed in light of the fact that the reported tonnage growth numbers were, in fact, falling, and continued to do so into the last quarter of 2018.

- 26 -

3.   **Facts Permit a Strong Inference that Jacobs Knew or Should Have Known About the Deceleration of Amazon's Business, as Reflected in Tonnage Declines**

66.     There are facts permitting an inference that Jacobs either knew or should have known that XPO's LTL tonnage growth numbers were decelerating because Amazon dropped XPO LTL. Tonnage growth numbers are key operating metrics concerning "volume," which, according to XPO's February 14, 2018 letter to the SEC, Jacobs reviewed on a weekly basis.  This letter is consistent with the former District General Manager's (FE-1) recollection that Jacobs "100%" would review the tonnage reports.  The letter is also consistent with the former Director's (FE-3) accounts that manager-level employees, including Jacobs, had access to a "battery" of reports.  ¶56.

67.     Additional facts permit an inference that Jacobs had access to the LTL tonnage reports during the summer of 2018 and that Amazon was the cause of the declining growth.  During the week preceding July 16, 2018, Jacobs, Wagers and at least one other member of XPO's senior management team (Cooper) attended meetings at XPO's LTL operations center in Ann Arbor, Michigan.  On July 16, 2018, an industry publication, *Transport Topics*, reported that XPO had "named Kenny Wagers as the ***interim*** president of its less-than-truckload [LTL] business, replacing Tony Brooks, who has left the company."  The report stated that "Brooks joined XPO in 2015 as president of the LTL operations."  Brooks's role as the leader of the LTL business, coupled with the fact that there was only an "interim" replacement for Brooks, coupled with the facts provided by FE-5 and the Amazon Manager about losing Amazon's LTL business before July 2018, give rise to an inference that Jacobs was involved in a decision to terminate Brooks contemporaneously with losing XPO's key LTL revenue growth source – Amazon.  These inferences are consistent with accounts from FE-5, who heard that XPO had fired Brooks, and with Wagers' statement to *Transport Topics* that Brooks had "created a strong ***foundation*** for growth."  XPO's LTL reported tonnage volume growth was decelerating at this time.

- 27 -

68.     Shortly after their meetings at XPO's LTL operations center, on or about July 26, 2018, Jacobs, Wagers, Cooper and others attended meetings at XPO's headquarters with other XPO leaders to discuss "growth," according to XPO social media posts.  On August 2, 2018, XPO held a conference call with analysts and investors and referred to meetings occurring around this time that included a discussion about XPO's customers.  Jacobs noted: "I can tell you this: last week, we had about 45 of our top executives in for 3 days for [a] quarterly operating review. . . .  Peoples' customers are confident in their business."  These facts support an inference that XPO's meetings covered at least these two subjects: growth and customers.

### 4.    Analysts Expressed Concern About XPO's Ability to Meet Revenue Guidance, Given XPO's Curiously "Light" Tonnage

69.     Yet XPO provided false or misleading explanations to the market as to the reasons why XPO's tonnage growth was slowing.  On XPO's August 2, 2018 conference call with investors and analysts, a Citigroup analyst, who had previously asked Jacobs about XPO's tonnage growth plans for the year, asked why reported tonnage volume was light.[32]  Jacobs responded that XPO did not desire tonnage growth and affirmatively chose a strategy that did not target tonnage growth:

> [Citigroup analyst:] . . . And when you think about sort of that [LTL] **acceleration, how much does volume play a part in that.  So volume from a tonnage perspective has been a little bit on the light side**.  Is that a pivot towards a little more growth as we move into the back half.  Scott [Malat], I know you said, July was looking better.  Just kind of get a sense of how that looks?

---

[32]     On XPO's February 8, 2018 conference call with analysts and investors about XPO's double-digit earnings targets for the year (among other things), Jacobs noted that the Company had factored growth in the LTL service line into its growth targets for the year: "We did raise our organic growth targets up about a point or two, and one of the reasons we did that is because we're investing in future growth. So one of those things – let's go through them one by one.  We are **experiencing a very favorable LTL market**, so we've hired another 90 LTL sales and support people in the last 60 days."  Regarding the LTL business, a Citigroup analyst had several questions about the LTL business, asking "a little bit more specifically on the LTL outlook," including "[w]hat do you expect for tonnage?"  The analyst "wanted to get a sense of where we are, and maybe sort of a 1Q-to-date update would be helpful, too, on tonnage and price."  Jacobs's response on the tonnage point provided: "**Tonnage was up 2.9%**" – referring to the 4Q17 – and that "[t]hose general trends on yield and contract renewals **and tonnage are continuing** into the first quarter."  The Citigroup analyst asked a follow-up question: "Okay. And so, I guess, the first quarter trends that you're, sort of, talking about continuing from the fourth quarter, I mean, are those rough proxies of kind of how you think top line **looks as you go through 2018**?"  Jacobs responded: "Yes, that's correct."

[Jacobs:] ***Well, our focus is not on tonnage growth***. Our focus is on selecting the right tonnage that matches our network and deselecting freight that doesn't match our network and to get the right price, the right yield for the premium service that we provide. ***So I would not guide you to expecting some big tonnage increase, because it's not what we're trying to do. We're trying to get the right mix of tonnage***.

70.     The same Citigroup analyst also asked for an update on XPO's revenue growth:

[Citigroup analyst:] In ***terms of revenue*** [growth of 11% referenced in the analysts' prior question], does it feel like a decent run rate to think about for the back half. Just trying to get a sense of how that looks?

[Jacobs:] Yes, in this range. We've always been saying for the last few months, high single digits, low-double digits and ***nothing's slowed down at all in terms of that guidance***.

71.     Following the August 2, 2018 conference call, analysts wrote about XPO's LTL business and raised questions about XPO's growth. Analysts from Stephens wrote about "LTL 2Q18 Operating Results," noting how the LTL business had generated revenue that missed estimates in a favorable LTL market.[33] Analysts from Credit Suisse wrote that XPO's adjusted earnings were "9% lower than our estimate" while observing "LTL pricing ex-fuel slowed to +2.0% from +4.0% in Q1." Analysts posed similar questions on the next quarter's conference call, and Jacobs made similar statements in response to their questions, prompting more questions in analyst reports.[34]

---

[33]   *See, e.g.*, the August 2, 2018 Stephens analysts report: "2Q18 Recap; Guidance Reiterated And M&A Likely Pushed Back; Remain EW." ("During the 2Q, LTL gross revenue $988.5 mil. vs. our $992.8 mil. estimate. Daily tonnage was down 0.6% y/y, . . . [t]he Company noted it has taken ***a disciplined approach to tonnage growth*** and ***is being selective with any additional freight moved*** to ensure a proper yield ***despite seeing increased available freight from spillover out of the truckload market into the LTL market*** given the capacity constrained truckload environment. That said, ***we would expect tonnage trends (and profitability) to improve the LTL*** segment in 2H18 as the Company benefits from its recent investments in sales headcount in this business.").

[34]   For example, on the November 1, 2018 conference call with investors and analysts, Jacobs responded to more questions about LTL growth: [KeyBanc analyst:] "How [do] we think about both [at] the top line growth in LTL and get the margin improvement into [20]19?" [Jacobs:] "Tonnage was down, though. Tonnage was down 1.5%, which is in-line with recent quarters and consistent with our strategy of selectively targeting the more – the freight that fits our network the best [it's] more profitable freight." LTL raised more questions in analyst reports following the call. *E.g.*, on November 2, 2018, Stephens analysts reported: "3Q Recap: 3Q18 Miss & Guides FY18 EBITDA Lower; CSO Departs" ("XPO's 3Q18 results raised more questions in investor[s'] minds that it answered," and noting, among other things, the report noted that XPO's tonnage volume growth continued to decelerate "down 1.5% y/y" and earnings for the segment of "14.7% lag[ged] its major peers (ODFL, SAIA and FedEx Freight) which have seen EBIT growth YTD range from 20%-50%," despite the fact that some of XPO's key expenses were down 9% but the same expenses were 19%-28% higher at XPO's peers.).

72.     On August 3, 2018, XPO filed its quarterly 10-Q, signed by Jacobs.  There, in the MD&A section, XPO did not report any negative trends or uncertainties associated with Amazon. Regarding large e-commerce customers like Amazon, XPO stated:

> We believe that our ability to provide customers with integrated, end-to-end supply chain solutions gives us a competitive advantage.  ***Many customers, particularly large companies***, are moving to large, single-source relationships with multi-modal providers to handle their supply chain requirements.  We have built XPO to capitalize on this trend, as well as the ***trend toward outsourcing in transportation and logistics, the growth of e-commerce***, and the adoption of just-in-time inventory practices.[35]

73.     The August 3, 2018 quarterly report also included a section titled "Risk Factors," stating: "There are ***no material changes to the risk factors*** previously disclosed in Part I, Item 1A of our Annual Report on Form 10-K for the year ended December 31, 2017."[36]

74.     The reasons XPO gave for declining tonnage growth metrics gave the materially misleading or false impression that XPO was not trying to grow tonnage volume and that there were no operating problems contributing to the deceleration.  In reality, XPO was working hard to grow tonnage volume, but the lower LTL volume from Amazon was taking a negative toll on the Company given the size of Amazon's business.  §IV.C.1., D.  By August 2018, XPO had also experienced negative developments in the brokerage, last mile and logistics business that it did with Amazon.  §IV.C.2.-3.  All of these facts show there had been a "slow down" in XPO's ability to grow revenue, contrary to Jacobs's statement that "nothing's slowed down."

75.     In addition, XPO's 10-Qs filed on August 3 and November 5, 2018 failed to disclose negative trends and uncertainties associated with the critical source of XPO's double-digit growth, while also conveying the impression to reasonable investors that an investment in XPO enjoyed

---

[35]   On November 5, 2018, XPO filed its quarterly 10-Q, signed by Jacobs, which included substantially identical statements and omissions in the MD&A section as in the August 3, 2018 10-Q.

[36]   XPO filed its 2017 Annual Report on February 12, 2018.  On November 5, 2018, XPO filed its quarterly 10-Q, signed by Jacobs, which included substantially identical statements and omissions in the Risk Factor section as in the August 3, 2018 10-Q.

exposure to a favorable "trend toward outsourcing" by XPO's largest customers when, in fact, XPO's largest customer was in-sourcing its logistics and transportation needs. The 10-Q's statements concerning investment risks – consisting of one sentence indicating investors faced no material changes in risks since February 2018 – were similarly misleading because the risks associated with Amazon's decelerating business had materially changed since February 2018.

> **5.      XPO Had a Strong, Continuing Motive to Conceal Amazon's Impact on Tonnage and Revenue Because It Was Pursuing a Large Acquisition Requiring Common Stock as a Currency**

76.     While there are facts supporting an inference that Jacobs knew or should have known about Amazon's impact on decelerating LTL tonnage growth prior to the challenged statements and omissions from 2Q18 and 3Q18, there also are facts showing Defendants maintained a strong motive to conceal negative information that would lower XPO's stock price during this period. On the August 2, 2018 conference call with investors and analysts, Jacobs repeated XPO's desire to execute an acquisition: "We do want to do M&A. Want to do the right M&A and if that's next month, great. If that's later in the year, that's great. If it slips past the end of the year, it's not end of the world." On the November 1, 2018 conference call with investors and analysts, Jacobs reiterated:

> In M&A, we are actively looking at M&A candidates. We have been for a while now. We have – we don't feel a gun to our heads to do an M&A deal, but we want to do an M&A deal. But we only want to do an M&A deal we love. And be patient, we will definitely get there.

77.     XPO's quarterly 10-Qs for the first, second and third quarters reported cash and cash equivalents ranged from approximately $361 to $425 million while analysts estimated XPO's market value to range from approximately $11 to $12.6 billion during this time. As noted, Jacobs had specified in early 2018 that XPO planned to do a large acquisition or two medium-sized mergers and, later, Jacobs specified that XPO was considering an acquisition that would have "doubled" XPO's size in 2018. ¶¶41, 108. These facts support an inference that XPO would have to issue

common stock as currency to fund acquisitions and gave XPO a motive to withhold facts about Amazon that would lower XPO's stock value.

### 6. Key Executive Absences and Departures Were a "Shock" to the Market

78.     During the summer and fall of 2018, unexpected executive departures and absences raised questions from analysts as they expressed concerns about XPO's capacity to sustain double-digit growth.  On August 1, 2018, XPO reported: "Effective as of August 15, 2018, John Hardig will step down as Chief Financial Officer of XPO Logistics, Inc.," and that another executive would "assume the role of acting Chief Financial Officer."  On October 31, 2018, XPO reported: "Scott Malat, Chief Strategy Officer, has informed XPO Logistics, Inc. that he will step down effective December 8, 2018."  Analysts noted Scott Malat ("Malat") was 41 at the time.

79.     These two executives had accompanied Jacobs for years in reporting XPO's business activities to the market.  Thus, when two out of three executives who were the face of the Company left in short order, it was surprising.  Barclays commented in a November 2, 2018 report that "[t]he sudden and unexpected departure of Scott Malat, XPO's Chief Strategy Officer, *did come as a shock to many in the market*, especially following the recent departure of CFO John Hardig this summer." J.P.Morgan analysts reported speaking with Jacobs about the Hardig and Malat departures in a report dated November 1, 2018: "Our follow-up call with CEO Brad Jacobs provided additional context on the recent management turnover: both were moving on after a period of *hyper-growth* at XPO, and the CFO succession search is going well."  This admission, coupled with other facts about decelerating growth from Amazon, supports an inference that the timing of Hardig's and Malat's departures were related, in part, to XPO's growth prospects.

80.     In addition, despite having been named XPO's acting CFO on or about August 15, 2018, Sarah Glickman did not appear on the November 1, 2018 conference call.  This was unusual

considering that public companies almost always have their CFOs available to at least address analyst and investor questions during earnings calls.

E.   **Amazon Negatively Impacted XPO's Logistics Business**

1.   **Amazon Had One Fulfillment Center Program with XPO that It Started to Wind Down Well Before XPO Told the Market of Amazon's Purported Surprise Departure in February 2019**

81.   Regarding XPO's "logistics" business with Amazon, Amazon had hired XPO to run five warehouses as fulfillment centers for Amazon.[37]  A former XPO employee who worked at one of the fulfillment centers as a Planning Analyst between the spring of 2017 and the fall of 2018 ("FE-6") explained that the XPO warehouses were part of a program that Amazon developed with XPO whereby XPO would provide warehousing and logistics support to help fulfill Amazon orders. Accounts by former employees about the four known facilities – the Kansas (Edgerton), Maryland (Aberdeen), Texas (Coppell) and California (Rialto) facilities – demonstrate that Amazon was systematically lowering the amount of business that it did with XPO in 2018.  These reports relate to the "logistics" side of XPO's business and are consistent with accounts about the other side of XPO's business – the "transportation" business.  The reports show Amazon was ending its logistics business with XPO by the summer of 2018, well before XPO reported the loss of this and other Amazon business in February 2019 as a surprise.

82.   The fulfillment center program that XPO ran for Amazon was a significant business in its own right: the four known XPO fulfillment centers (of five total) comprising the program consisted of approximately 2,862,000 square feet of space that took hundreds of employees to operate.  *The Wall Street Journal* issued a report in September 2018 providing some insight into Amazon's fulfillment centers: "Amazon now operates more than 75 fulfillment centers and 25 sortation centers (which group goods by destination) across the U.S., according to the company.

---

[37]   Amazon gave several other fulfillment centers to another logistics provider to operate.

Some of these distribution centers are truly gargantuan, exceeding a million square feet, their insides a spaghetti of conveyor belts and furiously busy workers." Around this time, securities analysts from Jeffries wrote that Amazon's U.S. distribution footprint was similar in nature to XPO's U.S. footprint, which had, as of September 2018, a "shared-space distribution network of 75 warehouses and last mile hubs," according to the Jeffries analysts. The five fulfillment centers that XPO operated for Amazon were a significant percentage of either company's fulfillment center footprint (*i.e.*, 5 out of 75) or about 6.6% of the centers, assuming each company counted the five in its count of fulfillment centers.

### a. The Kansas Fulfillment Center Started Winding Down by March/April 2018

83.    One of the fulfillment centers that XPO ran exclusively for Amazon was approximately 748,000 square feet in size and located in Edgerton, Kansas. A former Edgerton XPO warehouse employee ("FE-7") confirmed that the warehouse managed only Amazon business.[38]

84.    FE-7 chose to leave XPO after observing "red flags," including the slowing down of inbound Amazon merchandise, as well as a concurrent slowing down of outbound merchandise, neither of which he said boded well for the warehouse's prospects. According to FE-7, inbound and outbound Amazon activity definitely began declining around the end of March and/or beginning of April 2018. FE-7 said that in the May-July 2018 time frame, the amount of outbound goods being shipped to customers from Edgerton went from around 1,100 – 1,200 a day to 750 units a day. During the peak season, the amount of outbound goods could be as high as 2,800 units a day and even in January and February 2018 the daily shipments could be around 1,800 – 2,200 units a day.

85.    Another former XPO employee who worked at the Edgerton XPO warehouse ("FE-8") explained that the Edgerton fulfillment center started slowing down in 2018. As early as

---

[38]    FE-7 worked at XPO as a PIT Operator, Order Picker Trainer, Put-Away Routing Specialist and Receiving Dock Unloader from November 2017 – July 2018.

April/May 2018, FE-8 began seeing XPO warehouse racks that typically store Amazon goods "getting pretty empty."[39]   And, according to FE-8, as 2018 went along, there were clear signs of activity at the center beginning to slow down.   That the activity was not picking up in the July/August 2018 time frame (or thereafter) was "not right" because this period was the beginning of the peak season months.   Furthermore, by August/September 2018, which usually was the time when the inbound receiving personnel at the plant should have been getting busy as peak season got underway, these personnel sometimes had so little to do that they were reassigned to the shipping department so that they got enough hours to work.   FE-8 suspected "something" had been "going on" with the center and believed the suspicion was confirmed by XPO's eventual announcement that it would close the Edgerton warehouse.   XPO announced in January 2019 that it would permanently close the Kansas facility and the press reported that fact.

###### b.   The Maryland Fulfillment Center Started Winding Down by June 2018

86.   Another one of the fulfillment centers that XPO ran for Amazon was located in Baltimore, Maryland in a warehouse that had approximately 571,000 square feet.

87.   This fulfillment center was known internally as the "AZM" warehouse.   FE-6 explained that he knew by June 2018 that Amazon was leaving.   FE-6 also saw a June 2018 email from Jeffrey Kenyon ("Kenyon"), XPO's Vice President of Supply, to Thomas Matte ("Matte"), the Director of the AZM warehouse, stating as much.   FE-6 recalled that Kenyon's June 2018 email indicated that the Amazon contract was ending in September 2018, and that local management should not let any of the other employees know about it.   FE-6 further recounted how it was "exactly" right to understand the email in substance to mean that XPO was losing Amazon and XPO management "knew it."   The June 2018 email from Kenyon indicated that management would try to

---

[39]   FE-8 worked at XPO as a Pit Operator beginning in October 2017.

get an extension, but this was a problem because it suggested that XPO was not going to get a multi-year renewal of the business.  Although FE-6 could not recall the length of the extension, FE-6 did explain, "[i]t just said we are going to get an extension and don't worry about it, I don't know when the 6 month term actually came up, I actually personally thought they were only going to get 3 months . . . it just said we are going to get an extension *and we're going to wind down the warehouse*."  Kenyon's June 2018 email told Matte not to inform other employees about the fact that Amazon was leaving – not to "panic" the employees.

88.     The substance of the June 2018 email from Kenyon to Matte is consistent with the actions that Amazon took at the Baltimore AZM warehouse around that time.  Around June 2018, FE-6 explained that the number of trucks delivering Amazon packages inbound to the AZM warehouse fell from about twelve full tractor trailers per day to about three or four per day.  The daily number of units that XPO processed inside the facility fell from the usual 5,000-6,000 to about 2,000 per day.  During that same time, inventory dwindled to 46%.  According to FE-6, "[t]hat's not normal for a warehouse that usually should be 80% to 90% stocked, and it kept getting worse," down to 40% by September 2018.  The department that received inbound Amazon packages dropped from 21 to 10 employees in June 2018.  "Something's wrong here," FE-6 explained, "it's kind of like you walk into a store and the shelves are half empty."

89.     As another example, during the peak "Amazon Prime" season in July 2017, the AZM warehouse processed approximately 11,000 to 12,000 packages per day, but during the next Amazon Prime season in July 2018, that number dropped by approximately two-thirds to 4,000 packages, according to FE-6.  When lower-level employees asked questions about whether Amazon was going to renew its contract with the AZM warehouse, management told them it was going to get a renewal, knowing that XPO was only going to get a short extension, as the June 2018 email and related actions demonstrated.

- 36 -

90.     Consistent with FE-6's account that Amazon was not going to renew its multi-year contract in September 2018 – and only gave XPO an extension lasting a period of three or six months to wind down the business – XPO provided employees a legally-required, thirty day WARN notice in January 2019.  The press picked up on that event and reported it.  The *Baltimore Sun* reported in a January 29, 2019 article that XPO would close the 571,000 square foot Maryland warehouse "by the end of March [2019], a company spokesperson confirmed" – that is, six months after September 2018, reflecting the six-month extension to the multi-year contract that Amazon told XPO it was not going to renew.  Amazon acted on its decision not to renew its multi-year contract ending on September 31, 2018, telling XPO in June 2018 (at the latest) and beginning to act on that decision soon after.

91.     Another former XPO employee who worked at the AZM warehouse between the spring and fall of 2018 ("FE-9") corroborated FE-8's account of events at that center.  FE-9 observed that there "wasn't much work coming in" to the facility during the summer of 2018 and that the number of products to "pick" for outbound delivery was getting "lower and lower" during this time. In April 2018, FE-9 worked around 40 hours per week (plus overtime) but, by August 2018, FE-9's hours were reduced to 32 hours per week with no overtime.  Consistent with FE-8, FE-9 also left XPO in the fall of 2018 because there was not enough work.  FE-9 similarly heard that Amazon was going to end its contract with XPO.

### c.     The Texas Fulfillment Center Started Winding Down by August 2018

92.     XPO ran another fulfillment center for Amazon in Coppell, Texas, that was approximately 1,076,400 square feet in size.  FE-6 explained that XPO managed this facility for Amazon and called it the "AZT" warehouse.  It began to wind down operations in the summer of 2018: XPO provided a WARN notice of mass layoffs in August 2018 before closing in October 2018.

        **d.**     **The California Fulfillment Center Started Winding Down by October 2018**

93.      XPO also ran a warehouse as an Amazon fulfillment center in Rialto, California, that was approximately 543,000 square feet in size.  A former XPO employee who worked at this facility ("FE-10") explained that prior to October 2018, the Rialto facility would typically receive around 20-30 inbound trucks, but by October 2018 and thereafter, this dropped to below 15 per day.[40]  FE-10 was aware that XPO had claimed that the closing of the Rialto facility in 2019 was a complete surprise, but FE-10 thought this idea was extraordinary and that XPO knew sooner.  Management told FE-10 that the facility had  performed well, but was closing on account of the fact that Amazon was ending its business relationship with XPO.  XPO announced in January 2019 that it would permanently close the California facility.

        **2.**     **The Amazon Fulfillment Centers that It Started Winding Down Before November 1, 2018 Dwarfed the Two Fulfillment Centers that XPO Ran for "House of Fraser"**

94.      XPO ran two fulfillment center warehouses for United Kingdom-based House of Fraser.  House of Fraser had experienced financial difficulties in 2016, reporting profits of approximately $2 million followed by a financial losses in 2017 of approximately $57 million.  These losses precipitated reports of new funding for the retailer and a planned bankruptcy that would allow the company to continue operating while finding a new owner.  Through this process, XPO temporarily stopped processing orders at the two fulfillment centers that it operated for House of Fraser (located in Wellingborough and Milton Keynes) in August 2018, partially reopening them toward the end of August 2018.  On September 6, 2018, *The Guardian* reported that XPO had reached an agreement with the company's new ownership (SportsDirect.com, "Sports Direct") to reopen House of Fraser business:

---

[40]   This former XPO employee worked as a Transportation Supervisor from October 2016 through March 2019.

The closure was the result of a dispute between Sports Direct, which bought House of Fraser out of administration last month, and the warehouse operator, XPO, which is understood to have been owed about £13m when the department store collapsed.

Suppliers said stock began flowing into stores on Wednesday night after an agreement was reached between XPO and Sports Direct.  Under the deal, XPO's Milton Keynes warehouse will deliver goods for House of Fraser until November . . . .

Another warehouse in Wellingborough will remain open until at least March.

95.     Consistent with this report, XPO closed the Milton Keynes center in November 2018, followed by the closing of the Wellingborough center in April 2019.[41]  The Milton Keynes center was approximately 170,000 square feet in size and the Wellingborough center was approximately 87,500 square feet in size, for a combined total of approximately 257,000 square feet.

### 3.     XPO "Misses" Financial Targets for the Third Quarter, Lowers 2018 Guidance, and Blames These Developments on a Customer that Was the Size of a "Rounding Error"

96.     On October 31, 2018, XPO filed press releases and other materials showing XPO had "missed" revenue and earnings targets and lowered earnings guidance for the year.[42]  Analysts from Cowen summarized in an October 31, 2018 report titled, "There's a First for Everything, Unfortunately":

XPO's 3Q results came in short, with the company missing on Revenue, EBITDA, and EPS.  A customer bankruptcy hurt results; *even adding this back in, XPO would've missed on EPS* and only narrowly beat on EBITDA.  XPO revised FY'18 EBITDA guidance downward, and also announced the departure of integral CSO Scott Malat, though we are impressed with his replacement.

Key Takeaways

---

[41]   *House of Fraser warehouse to close in Wellingborough*, BBC News (Feb. 5, 2019).

[42]   XPO had repeatedly given annual revenue, earnings, and cash flow guidance to the market, which analysts then modeled and broke down into quarterly consensus estimates that they published.  For 3Q18, consensus adjusted earnings per share estimates were $0.98 per share and the consensus revenue estimates were $4.401 billion.  As a November 2, 2018 research brief from Stephens reported, XPO reported $0.89 adjusted earnings per share and revenue of $4.335 billion, missing its consensus estimates in both categories.  XPO also reported free cash flow of $173 million, which, according to a November 4, 2018 analyst report by Credit Suisse, missed free cash flow estimates of $242 million for the quarter.

XPO posted mixed results.  Adjusted EPS of $0.89 was below both our $1.02 forecast and consensus' $0.98.  Revenue of $4.34 bn was below our $4.48 estimation and consensus' $4.40 bn.  More importantly adjusted EBITDA of $415MM was below our forecast of $428MM and consensus' $429MM.  For the quarter, XPO generated ~$173MM in free cash flow, down slightly from ~$183MM for the same quarter a year ago.

97.  XPO attributed missing and lowering forecasts solely to the House of Fraser issues, as

Jacobs told investors on its November 1, 2018 conference call:

We generated [3Q18] adjusted EBITDA of $415 million despite a $16 million headwind from a customer bankruptcy in Europe.

\*        \*        \*

We've updated our full year 2018 target for adjusted EBITDA to approximately $1.585 billion. ***The revised target reflects the impact of the customer bankruptcy I mentioned earlier***.  And we've reaffirmed our target for approximately $1 billion of cumulative free cash flow over 2017 and '18.

Given our strategic positioning, we expect to continue to outpace the market in any macro environment, and ***we're looking at some exciting opportunities to accelerate that growth through acquisitions***.  Now, as you saw from yesterday's release, Scott [Malat] will be leaving us in December.

98.  Analysts asked Jacobs to elaborate on the customer bankruptcy that purportedly

caused XPO to miss third quarter guidance and to take down adjusted earnings (EBITDA) for the

year:

[KeyBanc analyst:] I guess, just maybe a housekeeping one to start.  Brad [Jacobs], do you have – what is the annual EBITDA run rate from the customer bankruptcy that happened here in the quarter?

[Jacobs:] It was mid – low single-digit millions EBITDA.

[KeyBanc analyst:] On a full year basis, it was a low single digits of EBITDA?

[Jacobs:] Yes, which is – which still really bothered us because here, we are, making low-single-digit millions in EBITDA, and we let our heart get ahead of our mind in trying to support a customer and ended up writing-off $16 million.  But c'est la vie.

[KeyBanc analyst:] Okay.  Got it.  And then – so we think about the growth rates going forward though it's not a huge comp to overcome that on an annual basis?

- 40 -

[Jacobs:] ***It's a rounding error, but it made us miss the quarter***, which is something we work really hard not to do.  So on a long-term basis, it's really just – ***it's nothing***.  It's a few million bucks.

99.     XPO also blamed House of Fraser for flat adjusted earnings in its logistics segment and an 11.59% decline in logistics operating income relative to the same quarter from the prior year. Jacobs signed XPO's November 5, 2018 10-Q for 3Q18.  There, XPO reported that logistics operating income fell from $67.3 million in 2017 to $59.5 million in 2018 – an 11.59% decline, year-over-year, stating the "decrease in the third quarter was driven by higher bad debt expense."[43] On the November 1, 2018 conference call, Jacobs's CSO (Malat) stated that House of Fraser caused this decline: "Our operating income for logistics globally was $60 million compared with $67 million a year ago, and our adjusted EBITDA was flat," again pointing to House of Fraser (whom "Brad [Jacobs] referenced earlier") as the cause.

100.    Defendant Jacobs's comments helped reassure analysts that the United Kingdom customer (House of Fraser) issue presented no systemic issues to the Company.  For example, in a November 1, 2018 report, J.P.Morgan noted that the Company provided "[a]dditional context on customer bankruptcy and risk controls in logistics" and that the "bankruptcy at House of Fraser cut $15.6mm from adjusted EBITDA in 3Q18 and brought down the full year guide, but we do not believe this event is a ***signal of a systemic risk***."  But the Stephens firm issued a November 2, 2018 report that noted: "***XPO's 3Q18 results raised more questions in investors minds than it answered***."  The same analyst asked, "***if XPO has managed its earnings all year by reinvesting excess profits*** back into the business ***so that it would earn 'at least' $1.6 bil., why does a relatively small write-off cause the Company to adjust guidance lower?***"

---

[43]   XPO made other misstatements and omissions already identified in the same quarterly report.  *See, e.g.*, ¶75.

101.     These uncertainties weighed on XPO's stock price: following the November 1, 2018 conference call, trading commenced in XPO's stock and it fell 2.67% to $86.99 (as the S&P 500 rose 0.44% that day).  XPO's stock continued to decline into December.

**4.      XPO's Claim that House of Fraser Alone Caused the Miss Was Materially False or Misleading**

102.     The reasons that XPO gave for missing financial targets, lower growth in third quarter and taking down guidance for the entire year were false or misleading at the time.  The fulfillment centers that Amazon was winding down before and during the summer of 2018 dwarfed the two House of Fraser centers.  The Kansas, Texas and Maryland facilities that XPO ran for Amazon were about 2,319,000 square feet in size – combined.  It is reasonable to infer that the wind down of those three Amazon facilities – including the announced closure of the 1,076,400 square foot Texas fulfillment center – had a larger financial impact on XPO than the wind down of the two House of Fraser fulfillment centers that XPO stated were the *sole reason* for missing 3Q18 guidance and lower (logistics) operating income growth.

103.     The Texas fulfillment center that XPO announced mass layoffs in August 2018 (and completely closed in October) was, standing alone, more than *four times* the size of the two House of Fraser fulfillment centers combined (*i.e.*, 1,076,400 vs. 257,000 square feet).  While the Cowen analysts had figured out that "even adding [the House of Fraser loss] back in, XPO would've missed on EPS" for the quarter, the truth was that there was another, more systemic reason why XPO "missed on EPS."  But this reason was not known to the market, as Jacobs's statements would give reasonable investors the impression that the one-off House of Fraser bankruptcy was the only reason. J.P.Morgan's November 1, 2018 analysts report supports that the market was misled: "The bankruptcy at House of Fraser cut $15.6mm from adjusted EBITDA in 3Q18 and brought down the full year guide, but we do not believe this event is a signal of a *systemic risk*."  With the benefit of facts about negative developments in the tonnage, brokerage, last mile and fulfillment center

- 42 -

business that XPO did with Amazon, XPO's "revenue miss" of $60 million (as Cowen noted, above) did point to problems extending beyond House of Fraser, but Jacobs's contemporaneous statements focused on House of Fraser and did not disclose that XPO's top customer, Amazon, was at least a material contributing factor to the quarter's misses. The importance of lower Amazon business is supported by the a later admission from XPO's new CSO that Amazon's earnings margins were "slightly higher than company average [earnings] EBITDA margin" at XPO.

104.    At a minimum, the deceleration in business from Amazon on both the transportation and the logistics sides of the business presented known risks or uncertainties that XPO should have disclosed in its MD&A section for the 3Q18. §IV.C.-E. XPO likewise repeated the notion that there were "no material changes to the risk factors" that it had provided to investors in February 2018, but the decelerating Amazon logistics and transportation business did present changes in investment risks facing the business at the time. These omissions are all the more significant when considering the fact that XPO deleted facts about its "largest customer" at the outset of the Class Period that could have at least allowed the market to discern the fact that *one* customer had driven most of XPO's growth. ¶¶33-36.

> **5.    XPO's Motive to Conceal the Risks and Operating Issues Amazon Presented Grew as XPO Reported It Was "Actively Engaged" in Discussions with Acquisition Targets**

105.    XPO had a specific motive to conceal the truth about Amazon when directing investor and analyst attention to House of Fraser in 3Q18. As Jacobs reported, XPO was actively engaged in discussions with acquisition targets at the time:

> [Jacobs:] The [M&A candidates] that *we've got shortlisted right now*, and we – if you recall, we shortlisted that from hundreds and hundreds of the ones that we looked at over the process – I like them all. . . .
>
>     [BofA Merrill Lynch analyst:] Got it. But it's safe to say *that you guys have actively engaged all of the people on that list* in some form of dialogue? Is that correct?

[Jacobs:] Correct. ***That's correct.***

106.     As a practical matter, XPO would have needed to issue common stock as a currency to fund an acquisition of the size that XPO was contemplating given existing resources. ¶¶41, 77.

### 6.     Access to Contrary Facts

107.     As discussed above, Jacobs had access to detailed metrics that implicated Amazon's business, met and was briefed regularly on XPO's customers, launched a service that competed directly with Amazon while hiring away a key Amazon executive, and made numerous public statements about XPO's largest customers. *See, e.g.*, ¶38. In addition, the fact that XPO's reporting procedures brought operational and financial issues associated with an issue that Jacobs called a "rounding error" supports an inference that those same reporting procedures would have brought operational and financial issues associated with XPO's largest customer to Jacobs's attention, too.

**F.     Just as XPO Was "Very Close" to Closing a Deal that Would "Double" Its Size and Bury the Amazon Problem, Executives Let Slip Material Non-Public Information that Forced XPO to Disclose Yet Another Amazon-Related "Miss"**

108.     By the second week of December 2018, XPO was purportedly close to buying another company. Jacobs later told participants at an industry conference that the deal "would have effectively ***doubled*** XPO's $17 billion a year size '***in short order***,' before it shifted gears and launched a sizable stock repurchase plan in a bid to capitalize on the equity's low price levels." Jacobs told other reporters that XPO was "'very close to doing an acquisition'" before December 13, 2018. A transaction that "doubled" XPO's size would have given XPO the ability to largely bury the negative effects of Amazon's decision to leave XPO while providing Jacobs some basis to claim "doubled" growth as the 2019 calendar year unfolded.

109.     But XPO ultimately squandered its prospects to complete a merger. First, on December 11, 2018, Jacobs, XPO's new CSO, and the Company's top information technology

officer accidentally disclosed material non-public information during market hours to a select group of investors at a private lunch meeting on behalf of XPO.[44]

110.    Trading authorities quickly caught wind of XPO's leaked information.  They halted trading of XPO stock on the NYSE when the market first opened on the following day, December 12, 2018, until XPO disclosed the leak to the rest of the market.  XPO purported to comply with its disclosure obligations by filing the following message:

Regulation FD Disclosure

On December 11, 2018, XPO Logistics, Inc. (the "Company") met with a group of investors in the ordinary course of its investor relations activities.

At this meeting, the Company disclosed that it anticipates 12-15% year-over-year growth in adjusted EBITDA in 2019.  Adjusted EBITDA is a non-GAAP measure.

In addition, at this meeting, the Company reaffirmed that it remains on track to generate approximately $625 million of free cash flow for 2018, and expects to generate approximately $650 million of free cash flow for 2019.  Free cash flow is a non-GAAP measure.

On February 12, 2018, the Company disclosed in its annual report on Form 10-K for the year ended December 31, 2017 that, as of year-end, the Company had federal net operating losses for all U.S. operations of $188.1 million and federal tax credit carryforwards of $34.4 million.  The Company expects to utilize substantially all of its federal net operating losses for the 2018 tax year.

111.    This new information triggered a two-day decline that wiped out 33% of the Company's market value, as its per share stock price fell from $66.69 at the close of trading on December 11, 2018 to $44.50 at the close of trading on December 13, 2018, on heavy trading volume.

112.    Several aspects of the December 12th surprise announcement were negative and contributed to the sharp decline.  To start, the announcement revealed, in substance, that XPO was **not** going to make the $625 million in free cash flow guidance.  In admitting that the Company

---

[44]    On December 12, 2018, Deutsche Bank analysts reported: "Takeaways from mgmt. meeting and 8-k disclosures."

needed to accelerate "substantially all" $188 million in tax benefits that were not even set to expire until 2024, XPO was, in essence showing that it could *not* generate $625 million in free cash flow in 2018 because, simply stated, there are facts tending to show it had not earned enough money from its "largest customer" to do so.  §IV.C.-E.  XPO revealed that it would need tax benefits to meet its free cash flow guidance despite: (1) having just reaffirmed that number in the context of lowering earnings guidance (purportedly) on account of the House of Fraser issue; and (2) claiming in the same surprise announcement that it was "on track" to make that *$625* million annual target by the end of the year.

113.    Some analysts noticed how the Company had originally included $110 million in tax payments in the original budget it used to derive its $625 million free cash flow figure, but that XPO did not have enough cash to make any more tax payments than the $46 million it had paid through the third quarter of the year.  Deutsche Bank analysts, for example, wrote on the day of the announcement that "[h]igher cash taxes appears to reflect a push out from '18 into '19 . . . .  This 'benefit' appears to be making up for higher than expected working capital investment to facilitate strong growth, which translates to *no change in 2018 free cash flow expectations of $625M despite much lower cash taxes*."  The "push out" of 2018 taxes into 2019 similarly affected XPO's 2019 free cash flow guidance.  In sum, Defendants attempted to partially plug XPO's 2018 free cash flow gap with a clever tax move – pulling in $188 million in tax benefits and thus assuring tax liabilities into 2019 – but the market saw through it.

114.    Not only did XPO lower, in substance, its guidance about the amount of free cash flow that it would generate in 2018, it simultaneously lowered its adjusted  EBITDA guidance for the *entire* 2019 year.  The lowering of its 2019 adjusted EBITDA guidance reflected XPO's inability to earn enough money in that period to meet its guidance and XPO's need to drag up to $188 million in tax benefits from 2019 and apply them all to 2018 to plug the earnings gap that Amazon created

- 46 -

by leaving XPO over the course of 2018.  The resulting lower free cash flow guidance for 2019 also surprised the market and significantly missed analysts' estimates.  "The free cash flow guide for 2019 [of $650M] was disappointing relative to prior [Wall] Street estimates of $884MM," as Wells Fargo wrote on December 14, 2018.  Those estimates, in turn, flowed from Defendants' most recent statements following the purported House of Fraser "miss" and related statements, which XPO made to the market on November 1, 2018.[45]

115.    The December 12, 2018, "trading halt" disclosures likewise partially corrected XPO's prior statements that omitted any mention of Amazon's reduced business.  For example, the disclosure revealed that XPO could not grow earnings at the "base-case" levels that Jacobs had communicated to the market just six weeks prior to that date.  That "base-case" assumed Amazon would keep growing the Company at levels that XPO had included in its "bottoms up" budgeting process at the beginning of 2018.  Instead, Amazon continued lowering the amount of business it gave to XPO throughout the year, causing the disappointing number that XPO accidentally leaked on December 11, 2018.

116.    The only reason the market learned of the partially corrected numbers on December 12th is that the trading authorities learned about it, prompting a halt on trading that forced XPO to disclose the new, materially lower EBITDA numbers to the market.  These new numbers showed XPO could not make Jacobs's "base-case" earnings growth of 15%-18%.  The "base-case" would now be 12%-15%, a significant negative shift in the Company's growth rates.  This development also contributed to XPO's stock price decline.

117.    As investors continued to digest XPO's free cash flow and earnings disclosures, on December 13, 2018, a short seller, Spruce Point Capital Management ("Spruce Point"), published a

---

[45]   For example, Deutsche Bank modeled $800 million in free cash flow for 2019 following XPO's most recent November 1, 2018 conference call where the Company gave earnings guidance for 2019.

negative report on the Company, titled "Trucking Ridiculous; End of the Road." The Spruce Point report criticized XPO's management and the accuracy and clarity of XPO's disclosures to investors. Analysts from Deutsche Bank published a report on December 13, 2018, criticizing one of the cash flow calculations that Spruce Point had made in its report and commented on XPO's falling stock price "in the context of the current tape *and lower guidance*." Deutsche Bank further wrote that Spruce Point's cash flow calculations should have given XPO credit for the proceeds that XPO earned from selling assets like trucks and other equipment for $69 million in 2016 and $79 million in 2017. Finally, the Deutsche Bank analysts further concluded that the "*qualitative aspects of the report are not new*."

118.    As the lower earnings and free cash flow guidance continued to flow through the market, XPO's common stock continued its fall from $66.69 per share at the close of trading on December 11, 2018 to $44.50 on December 13, 2018 – a decline of 33%.

119.    Incredibly, Defendants made *more* misleading statements in the context of responding to information in the recent Spruce Point report. Defendants called the Spruce Point report old news, in substance, and then told the market that "XPO's long-term financial outlook remains positive," with no mention of the declining Amazon business. This misleading statement appears in a December 14, 2018, *Comtex News Network* article that was published at 9:12 a.m. (EST). The article specified the timing of XPO's statement and quoted its substance as follows:

> *This morning the company responded*: "Today's report from a short selling firm is intentionally misleading, with significant inaccuracies, and fails to reflect that XPO has delivered strong performance for its long-term shareholders. The facts demonstrate that [Spruce Point's] *claims, most of which have been previously floated and refuted*, are largely baseless and an attempt to string together unrelated pieces of incorrect information to paint an inaccurate impression of the company. Of particular note, our accounting practices are based on Generally Accepted Accounting Principles and are audited annually and reviewed quarterly by our independent auditors. *XPO's long-term financial outlook remains positive*. We will communicate directly with our investors and customers regarding [Spruce Point's] report."

- 48 -

120.    This statement was materially false and/or misleading at the time for failure to so much as mention an ongoing decline in business from XPO's largest customer.  Jacobs himself later claimed, in a February 15, 2019 conference call, that it was very soon after December 11th or 12th of 2018 that Amazon kept lowering the amount of business it gave to XPO.  "Within a few days," Jacobs said, "our postal injection business was significantly impacted by this customer's actions," referring to Amazon.  These facts add to the many others showing that Amazon continued to reduce the amount of business it gave to XPO throughout the course of 2018 in a manner that was neither abrupt nor quick, as Jacobs would later state in an attempt to address investors' disbelief.

121.    Having so devalued XPO's stock price and the Company's reputation through Defendants' December 11th accidental leak and subsequent partially-corrective disclosure, XPO's planned blockbuster merger was no longer a viable option.  The failure to complete the merger ultimately meant that XPO could not hide the Amazon loss after 2018 closed.

**G.      After Failing to Find a Merger Partner Who Would Cover Up the Loss of Amazon in 2018, XPO Is Forced to Admit that It Lost Its "Largest Customer" (Amazon) and "Knew" that Amazon Was Going to Leave**

122.    As a result of failing to close a merger, XPO had to file its *own* standalone financial statements for 4Q18 and FY18 without the benefit of mixing XPO's financial statements with those of a company equal in size on a "consolidated" basis.  After the market closed on February 14, 2019, XPO filed several reports with the SEC, further revealing the effects that Amazon had on XPO's business.

123.    Jacobs led a conference call the next day, February 15, 2019, by stating:

Well, look, there's no other way to say it, *we missed the quarter*.  We miscalculated the weakness in France and the U.K.  *And in December, our largest customer pulled back* their postal injection business, which is part of last mile.  *That affected our EBITDA in December.  This had a significant impact in December and in the quarter*.

- 49 -

124.     Jacobs made additional admissions in response to an analyst's question about XPO's

growth from the large customer:

> [H]ave we grown with them?  Yes, we grew a lot up with them over ***the last few
> years***.  And ***we knew*** that, ***that business wasn't going to stay forever and forever
> and ever and ever because of that particular customer's stated business plans*** and
> because that customer is transactional in some respect in terms of the nature that they
> have with their vendors.  And that's fair.  Customers can have any kind of approach
> they want with their vendors.  We didn't think it was going to come to end so
> quickly.  We didn't think it was going to come to an end so abruptly.

125.     Analysts asked questions about this admission, demonstrating that reasonable

investors (including analysts who covered XPO) read the Company's disclosures – and assurances

about House of Fraser being a "one-off" occurrence – to mean that XPO did not expose shareholders

to the kind of overreliance on one customer that the Amazon business represented:

> [BofA Merrill Lynch analyst:] So I wanted to start talking about customer
> concentration.  One of the things that I think ***XPO has touted as one of its strengths
> is that it's not overly focused on any particular customer***.  But here, we've seen
> kind of 2 quarters in a row where some disappointing news from a particular
> customer has really put a real dent in results. . . .  I kind of want to get your thoughts
> on the extent to which maybe that perception is changing or how you manage your
> customer base maybe has shifted? . . .
>
> [Jacobs:]  Well, in 2018, our top 5 customers represented about 11% of
> revenue, and you saw that in the K.  The largest customer, however, represented
> roughly about 4%, 5% of that.  2/3 of that business has gone away, ***so that's a body
> blow***, no question about it. . . .  [W]hen you lose your – when you lose the majority
> of your top customer's business, that hurts.  Nothing you can do – there's nothing
> positive.  It's only negative.

126.     On this same subject Jacobs later admitted:

> I'd also talk to you about our customer concentration.  ***Our customer
> concentration, it was too much***.  We made a mistake letting one customer get $900
> million of business with us.  ***[It was] just too much.***  [It was] ***too much
> concentration***.  Previously, if you looked at our top 5 customers, it was about 11% of
> revenue and then the biggest one was a little more than 1/2 of that.  So ***it was just too
> much concentration***.  Going forward, ***we're going to be much more diversified***.
> Our top 5 customers this year should be something around 7% of revenue and no
> customer will be more than 2% of revenue.

127.    Following the February 15, 2019 conference call that further revealed Amazon's strategic and financial importance to XPO, the Company's stock price fell from a close of $59.55 the day before to $51.97 at the close of trading, for a loss of 12.73%.

128.    Analysts reacted negatively.  For example, Barclays wrote in a report on the same day that it was "materially lowering our price target on XPO shares given a significant strategic shift and continuing earning headwinds," while noting the loss of "a large shipper (likely Amazon)."  Barclays appeared to suspect that Jacobs still was not giving them the full story: "***We believe the company was aware*** of the potential for losing a large piece of business late in 2018, right around the same time a now debunked but then impactful short seller report surfaced" on December 13, 2018.  As discussed above, facts support that XPO *was* aware of its potential of losing Amazon well before the middle of December 2018, despite repeated statements that everything was on track and that no risk factors had changed.

## V.    LOSS CAUSATION

129.    The market for XPO's common stock was open, well-developed and efficient at all relevant times.  Throughout the Class Period, XPO's common stock traded at artificially inflated prices as a direct result of Defendants' materially misleading statements and omissions of material fact, which were widely disseminated to the securities market, investment analysts and the investing public.  Plaintiffs and other members of the Class purchased or otherwise acquired XPO common stock relying upon the integrity of the market price for XPO's common stock and market information relating to XPO, and they have been damaged thereby.  When the relevant truth became known and/or the materialization of the risk that had been concealed by Defendants occurred, the price of XPO's common stock declined immediately and precipitously because the artificial inflation was removed from the market price of the stock, causing substantial damage to the Plaintiffs and the

Class.  These events and circumstances occurred on November 1, 2018, December 11, 2018 and February 15, 2019.  *See, e.g.*, ¶¶101, 111, 127.

## VI.   CLASS ACTION ALLEGATIONS

130.   Plaintiffs bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of the Class.  The Class is defined as:

> All persons and entities who purchased or otherwise acquired XPO common stock between February 12, 2018 through and including February 14, 2019 (the "Class Period").

> Excluded from the Class are Defendants herein, members of the immediate families of Jacobs, any person, firm, trust, corporation, officer, director, or other individual or entity in which any defendant has a controlling interest or which is related to or affiliated with any defendant, and the legal representatives, agents, affiliates, heirs, successors-in-interest or assigns of any such excluded party.

131.   Because XPO has tens of millions of shares of common stock outstanding, and because the Company's shares were actively traded on the NYSE, members of the Class are so numerous that joinder of all members is impracticable.  According to XPO's 2018 annual report on SEC Form 10-K, as of February 8, 2019 (shortly before the close of the Class Period), XPO had more than 109 million shares of common stock outstanding.  While the exact number of Class members can only be determined by appropriate discovery, Plaintiffs believe Class members number at least in the thousands and that they are geographically dispersed.  Plaintiffs will fairly and adequately represent and protect the interests of the members of the Class.  Plaintiffs have retained competent counsel experienced in class action litigation under the federal securities laws to further ensure such protection and intend to prosecute this action vigorously.

132.   Plaintiffs' claims are typical of the claims of the other members of the Class because Plaintiffs' and all the Class members' damages arise from and were caused by the same false and misleading representations and omissions made by or chargeable to Defendants.  Plaintiffs do not have any interests antagonistic to, or in conflict with, the Class.

133.    A class action is superior to other available methods for the fair and efficient adjudication of this controversy.  Since the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it virtually impossible for the Class members to seek redress for the wrongful conduct alleged.  Plaintiffs know of no difficulty that will be encountered in the management of this litigation that would preclude its maintenance as a class action.

134.    Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are: whether the federal securities laws were violated by Defendants' acts as alleged herein; whether statements made by Defendants during the Class Period misrepresented and/or omitted material facts about XPO and its business; whether the price of XPO common stock was artificially inflated during the Class Period; and, the extent of injuries sustained by members of the Class and the appropriate measure of damages.

135.    Plaintiffs will rely upon the presumption of reliance established by the fraud-on-the-market doctrine.  At all relevant times, the markets for XPO's stock were efficient for the following reasons, among others: it traded on the NYSE; the Company filed periodic public reports with the SEC; and, XPO regularly communicated with public investors via established market communication mechanisms, including through regular disseminations of press releases on the major news wire services and through other wide-ranging public disclosures, such as communications with the financial press, securities analysts, and other similar reporting services.  Plaintiffs and the Class relied on the price of XPO's common stock, which reflected all information in the market, including the misstatements and omissions by Defendants.

## VII.   CAUSES OF ACTION

### COUNT I

### Violation of §10(b) of the Exchange Act
### and Rule 10b-5 Promulgated Thereunder

136.     Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.  This Count is brought against all Defendants.  During the Class Period, Defendants disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading, in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.  Defendants violated §10(b) of the Exchange Act and Rule 10b-5 in that they: (1) employed devices, schemes and artifices to defraud; (2) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (3) engaged in acts, practices and a course of business that operated as a fraud and deceit upon those who purchased or otherwise acquired the Company's common stock during the Class Period.  Plaintiffs and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for the Company's common stock.  Plaintiffs and the Class would not have purchased the Company's common stock at the price paid, or at all, if they had been aware that the market prices had been artificially and falsely inflated by Defendants' false and/or misleading statements and omissions.

### COUNT II

### Violation of §20(a) of the Exchange Act

137.     Plaintiffs repeat and reallege each and every allegation contained above as if fully set forth herein.  During the Class Period, Jacobs participated in the operation and management of XPO and conducted and participated, directly and indirectly, in the conduct of XPO's business affairs. Because of his senior position, Jacobs knew the adverse non-public information about XPO's

business practices.  As Chairman and CEO of a publicly owned company, Jacobs had a duty to disseminate accurate and truthful information with respect to XPO's financial condition and results of operations and to promptly correct any public statements issued by XPO that had become materially false or misleading.  Because of his position of control and authority as Chairman and CEO, Jacobs was able to, and did control the contents of the various reports, press releases and public filings that XPO disseminated in the marketplace during the Class Period concerning XPO's results and operations.  Throughout the Class Period, Jacobs exercised his power and authority to cause XPO to engage in the wrongful acts complained of herein.  XPO, in turn, controlled Jacobs and all of XPO's employees.  Defendants, therefore, were "controlling persons" within the meaning of §20(a) of the Exchange Act.  In this capacity, they participated in the alleged unlawful conduct that artificially inflated the market price of XPO stock.  By reason of the foregoing, Defendants violated §20(a) of the Exchange Act.

## VIII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief and judgment, as follows:

A.     Determining that this action is a proper class action and designating Plaintiffs as Class representatives under Rule 23 of the Federal Rules of Civil Procedure and Plaintiffs' counsel as Lead Counsel;

B.     Awarding compensatory damages in favor of Plaintiffs and the other Class members against all Defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

C.     Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

D.     Such equitable/injunctive or other relief as may be deemed appropriate by the Court.

## IX.   JURY DEMAND

Plaintiffs hereby demand a trial by jury.

DATED:  January 3, 2020

ROBBINS GELLER RUDMAN
   & DOWD LLP
JASON C. DAVIS (phv10099)


s/ JASON C. DAVIS

JASON C. DAVIS (phv10099)

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
jdavis@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SPENCER A. BURKHOLZ (phv01417)
MATTHEW I. ALPERT (phv10035)
ALEXI H. PFEFFER-GILLETT (phv10036)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
malpert@rgrdlaw.com
agillett@rgrdlaw.com

Lead Counsel for Lead Plaintiff

IZARD, KINDALL & RAABE, LLP
ROBERT A. IZARD (ct01601)
CHRISTOPHER M. BARRETT (ct30151)
29 South Main Street, Suite 305
West Hartford, CT  06107
Telephone:  860/493-6292
860/493-6290 (fax)
rizard@ikrlaw.com
cbarrett@ikrlaw.com

Local Counsel

Cases\4812-0346-2832.v2-1/3/20

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 3, 2020, I authorized the electronic

filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I

hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the

non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JASON C. DAVIS
JASON C. DAVIS (phv10099)

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  jdavis@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-02062-SRU Labul v. XPO Logistics, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Matthew Isaac Alpert**
  malpert@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com,MAlpert@ecf.courtdrive.com

- **Martin J. Auerbach**
  auerbach@mjaesq.com

- **Christopher M. Barrett**
  cbarrett@ikrlaw.com,7457869420@filings.docketbird.com

- **Spencer A. Burkholz**
  SpenceB@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jason Davis**
  jdavis@rgrdlaw.com

- **Martin Flumenbaum**
  mflumenbaum@paulweiss.com,mao_fednational@paulweiss.com

- **James I. Glasser**
  jglasser@wiggin.com,yromero@wiggin.com,akalinowski@wiggin.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Shannon L. Hopkins**
  shopkins@zlk.com,shalliday@zlk.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Brian P. Murray**
  bmurray@glancylaw.com,brian-murray-4237@ecf.pacerpro.com

- **William H. Narwold**
  bnarwold@motleyrice.com,mjasinski@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Alexi Pfeffer-Gillett**
  agillett@rgrdlaw.com

- **David R. Schaefer**
  dschaefer@bswlaw.com,dmurray@bswlaw.com,jrivera@bswlaw.com

- **Daniel Sinnreich**
  dsinnreich@paulweiss.com,mao_fednational@paulweiss.com

- **Julia Tarver Mason Wood**
  jwood@paulweiss.com,mao_fednational@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)