# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LARRY LABUL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff<br><br>     - v. -<br><br>XPO LOGISTICS, INC. and BRADLEY S. JACOBS,<br><br>        Defendants. | Case No. 3:18-cv-02062-SRU<br><br>**DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

   Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b), upon the accompanying memorandum of law, the accompanying Declaration of Daniel S. Sinnreich dated March 3, 2020 and its exhibits, and all other papers herein, Defendants XPO Logistics, Inc. and Bradley S. Jacobs ("Defendants") hereby move this Court to dismiss the First Amended Consolidated Class Action Complaint filed on January 3, 2020 in its entirety and with prejudice.  Pursuant to the Court's direction, all answering papers shall be served no later than May 4, 2020 and all reply papers shall be served no later than June 18, 2020.  Defendants request oral argument on this motion.

| | |
|---|---|
| Dated: March 3, 2020 | Respectfully submitted,<br><br>WIGGIN & DANA<br><br>BY: /s/ *James I. Glasser*<br>James I. Glasser (ct07221)<br>One Century Tower<br>265 Church Street, P.O. Box 1832<br>New Haven, CT 06508-1832<br>Tel: (203) 498-4313<br>Fax: (203) 782-2889<br>jglasser@wiggin.com |

**ORAL ARGUMENT REQUESTED**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Martin Flumenbaum (admitted *pro hac vice*)
Julia T.M. Wood (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
mflumenbaum@paulweiss.com
jwood@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 3, 2020, a copy of the foregoing **Defendants' Motion to Dismiss the First Amended Consolidated Class Action Complaint** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ *James I. Glasser*
James I. Glasser (ct07221)
One Century Tower
265 Church Street, P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4313
Fax: (203) 782-2889
jglasser@wiggin.com

*Attorney for Defendants*